T-337  P 02/02  Job-682

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ROY RODRIGUEZ

### DEFENDANTS

JLG INDUSTRIES, INC. AND RENTAL SERVICE CORPORATION

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

United States District Court
Southern District of Texas
FILED

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jon R. Alworth
Alworth & Ford, L.L.P
111 Soledad, Suite 700
San Antonio, Texas 78205
(210) 227-2315

AUG 0 3 2001

Michael N. Milby
Clerk of Court

Attorneys (If Known)
Claude L. Stuart, III
Mary Cazes Greene
Phelps Dunbar LLP
3040 Post Oak Boulevard, Suite 900
Houston, Texas 7705 (713) 626-1386

B-01-134

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury — Med. Malpractice
■ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
■ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.) (Do not cite jurisdictional statutes unless diversity.)

Plaintiff brings this product liability action alleging he was injured when operating construction equipment. Defendant removes the case pursuant to 28 U.S.C. § 1332

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ N/A

CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE August 3, 2001

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

United States District Court
Southern District of Texas
FILED

AUG - 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | **B - 0 1 - 1 3 4** |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, comes Defendant Rental Service Corporation, and files this Notice of Removal as authorized by 28 U.S.C.A. §1441, and would respectfully show the Court as follows:

I.

On or about June 20, 2001, Plaintiff filed this civil action in the 404th Judicial District Court at Cameron County, Texas, entitled 'Roy Rodriguez vs. JLG Industries, Inc. and Rental Service Corporation,' bearing cause number 2001-06-2873-G on the Court's docket which is now pending. See Exhibit 1. Service was effected on Rental Service Corporation on July 9, 2001 by serving its registered agent for service of process, CT Corporation.

II.

Cameron County is within the territorial jurisdiction of the United States District Court, Southern District of Texas, Brownsville.

HO 157550 1

### III.

The above-entitled cause is of a civil nature at law brought by the Plaintiff to recover damages for personal injuries alleged to have been suffered on October 6, 2000, as a result of the Defendant's negligence.

### IV.

Plaintiff's Original Petition alleges (in Paragraph IV) that "Plaintiff Roy Rodriguez was working for Heggan Electric on the subject scissor jack lift on a construction site in Cameron County, Texas . . . when suddenly and without warning the safety bar he was holding to support the weight of his body as he was climbing off of the subject lift, suddenly moved down, thereby causing him to fall, sustaining serious injuries to his neck, low back, and body in general." Plaintiff alleges sustained damages in the form of loss of earning capacity, future pain and suffering, past and future mental anguish,  and medical care expenses.  Based upon these allegations, Defendant represents, upon information and belief, that the amount in controversy, exclusive of interest and costs, exceeds $75,000.

### V.

The above-entitled cause involves a controversy which is wholly between citizens of different states.  First, the Plaintiff was, at the time of the commencement of the cause in Cameron County, a citizen of the State of Texas.

### VI.

Second, at the time of the commencement of the cause in Cameron County, Defendant JLG Industries, Inc. was a Pennsylvania corporation and maintained its principal place of business in the State of Pennsylvania.

HO 157550 1

## VII.

Finally, at the time of the commencement of the cause in Cameron County, Defendant Rental Service Corporation was an Arizona corporation and maintained its principal place of business in the State of Arizona.

## VIII.

This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that there is complete diversity of citizenship between Plaintiff and Defendants Rental Service Corporation and JLG Industries, Inc.

## IX.

Counsel for Rental Service Corporation has consulted with regional counsel in Texas for JLG Industries, Inc., Kyle M. "Skip" Rowley of Holloway and Rowley, P.C., who consents to the filing of this removal, though JLG has not yet made an appearance in the case.

## X.

Defendant, therefore, desires to remove the above-entitled cause from the Cameron County District Court of Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

## XI.

Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of papers from which it could first be ascertained that the case is one which is or has become removable.

## XII.

Pursuant to 28 U.S.C § 1446(a), Defendant attaches copies of all processes, pleadings, and orders served upon it in the state court action as Exhibit 2, and the Civil Docket Sheet attached as Exhibit 3. No further proceedings have been had therein.

## XIII.

Pursuant to 28 U.S.C § 1446(d), a copy of this Notice of Removal is being filed with the County Clerk of Cameron County, Texas.

## XIV.

An index of matters is being filed herein pursuant to Local Rule CV-81 and, Defendant attaches a List of Parties Counsel as Exhibit 4.

WHEREFORE, PREMISES CONSIDERED, Defendant, Rental Service Corporation prays that the action now pending against it in Cameron County, Texas, bearing cause number 2001-06-2873-G, be removed to this Court, that the Court assume jurisdiction of the matter, that this Court enter such orders and issue such process as may be necessary to bring before it copies of all records and proceedings presently pending in state court, and for such other and further relief, both at law and in equity, to which it may show itself to be justly entitled.

HO 157550 1

Respectfully submitted,

**PHELPS DUNBAR LLP**

By:   _Mary Cazes Greene_

Claude L. Stuart, III
Texas Bar No. 19426620, Fed. Bar No. 13824
Mary Cazes Greene
Texas Bar No. 24005647, Fed. Bar No. 22671
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (713) 626-1386
Telecopier: (713) 626-1388

**ATTORNEYS FOR DEFENDANT
RENTAL SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via U.S. Mail on this  the  _2_ day of August, 2001.

Mr. Jon R. Alworth
Alworth & Ford, L L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205

Mr. Kyle M. Rowley
Holloway & Rowley, PC
1415 Louisiana, Suite 2550
Houston, Texas 77002

_Mary Cazes Greene_

Mary Cazes Greene

HO 157550 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROY RODRIGUEZ                    §
                                 §                    B-01-134
VS.                              §        CIVIL ACTION NO. _____
                                 §
                                 §
                                 §
JLG INDUSTRIES, INC. and         §
RENTAL SERVICE CORPORATION       §        JURY TRIAL DEMANDED

## INDEX

Exhibit 1     Petition filed in the District Court of Cameron County, Texas

Exhibit 2     Citations and processes filed in the District Court of Cameron County,
              Texas

Exhibit 3     Civil Docket Sheet

Exhibit 4     List of Parties and Counsel

HO 157550 1

# CERTIFIED COPY

NO. 2001-06-2873-G

| | | |
|---|---|---|
| ROY RODRIGUEZ, | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 138 JUDICIAL DISTRICT |
| | § | |
| JLG INDUSTRIES, INC. AND | § | |
| RENTAL SERVICE CORPORATION | § | |
| | § | |
| DEFENDANTS | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** ROY RODRIGUEZ, hereinafter called Plaintiff, complaining of and

about JLG INDUSTRIES, INC., and RENTAL SERVICE CORPORATION, hereinafter called

Defendants; and for cause of action would show unto the Court the following:

## DISCOVERY CONTROL PLAN LEVEL
### I.

Petitioner intends discovery to be conducted under Level Three of the Discovery

Control Plan, Rule 190.2 of the Texas Rules of Civil Procedure.

## JURISDICTION AND VENUE
### II.

This court has jurisdiction and venue is proper in Cameron County, Texas pursuant

to C.P.R.C., §15.002 (a)(1) in that all or a substantial part of the events giving rise to this

claim occurred in Cameron County.

*PLAINTIFF'S ORIGINAL PETITION*

EXHIBIT

1

Case 1:01-cv-00134   Document 1   Filed in TXSD on 08/03/2001   Page 9 of 25

# PARTIES AND SERVICE
## III.

1.    Plaintiff, ROY RODRIGUEZ brings this action.  Plaintiff resides in Cameron County, Texas.

2.    Defendant, **JLG INDUSTRIES, INC.,** is a foreign corporation duly formed and existing under the laws of the State of Pennsylvania, conducting business in the State of Pennsylvania at JLG Drive, McConnelburg, Pennsylvania  72333.  This Defendant does not maintain a place of regular business in the State of Texas and there is no designated agent upon whom service may be made.     Pursuant to C.P.R.C. §17.043, this Defendant may be served by serving the **Secretary of State of Texas, HENRY CUELLAR, P.O. Box 13193, Austin, Texas 78701-3193,** by certified mail, return receipt requested, who will in turn forward said citation by certified mail, return receipt requested to the President of JLG INDUSTRIES, INC.: **L. DAVID BLACK, P.O. BOX 695, JLG DRIVE, MCCONNELBURG, PENNSYLVANIA 72333.**

3.    Defendant, **RENTAL SERVICE CORPORATION,** is a corporation existing under the laws of the State of Texas, and may be served with process by serving its registered agent for service, **CT CORPORATION, 350 N. ST. PAUL STREET, DALLAS, DALLAS COUNTY, TEXAS 75201.**

_PLAINTIFF'S ORIGINAL PETITION_

Case 1:01-cv-00134   Document 1   Filed in TXSD on 08/03/2001   Page 10 of 25

# FACTS
## IV.

Defendant JLG INDUSTRIES, INC., was, at the time of this occurrence, and is now engaged in the business of designing, manufacturing, and/or packaging certain lift products and equipment, including the scissor jack lift made the basis of this suit, for sale to and for use by members of the general public.

Defendant [supplier] was, at the time of this occurrence, and is now engaged in the business of selling lift equipment at retail to members of the general public, including the specific scissor jack lift made the basis of this suit, which was designed, manufactured, and/or packaged by defendant manufacturer.

Plaintiff was employed by Heggen Electric, a company which rented/leased the subject scissor jack lift from defendant RENTAL SERVICE CORPORATION. The scissor jack lift was in the same condition at the time plaintiff was injured as it was when it was originally manufactured and at the time it was rented/leased by defendant retailer to Plaintiff's employer, Heggen Electric.

On or about October 6, 2000, Plaintiff ROY RODRIGUEZ, was working for Heggen Electric on the subject scissor jack lift on a construction site in Cameron County, Texas, in a reasonable and prudent manner, exercising ordinary care for his safety, when suddenly and without warning the safety bar he was holding to support the weight of his body as he was climbing off of the subject lift, suddenly moved down, thereby causing him to fall, sustaining serious injuries to his neck, low back, and body in general.

Plaintiff alleges that the product in question, namely the scissor jack lift, was defective and unsafe for its intended purposes at the time it left the control of defendant manufacturer and at the time it was sold. In this connection, the scissor jack lift was defectively designed and unreasonably dangerous to plaintiff, in that the design allowed a worker exiting off of the scissor jack lift to hold the "safety bar" which appeared to be securely affixed to such, and in fact, it was not securely affixed to such, thereby suddenly moving down. There was no warning that the safety bar could suddenly move down and injure the user. Plaintiff, therefore, invokes the doctrine of strict liability. Further, in this connection, plaintiff alleges that the defect in design was a producing cause of the injuries and damages set forth below.

In addition, defendants expressly and impliedly warranted to the public generally, and specifically to the plaintiff, that the subject scissor jack lift was of merchantable quality and was safe and fit for the purpose intended when used under ordinary conditions and in an ordinary manner. Plaintiff relied upon these express and implied warranties and suffered the injuries and damages set forth below as a proximate result of the breach of these warranties.

## NEGLIGENCE OF DEFENDANT JGL INDUSTRIES, INC.
### V.

Plaintiff's accident and injuries suffered by reason thereof were proximately caused by Defendant JGL INDUSTRIES, INC.'S negligence which consisted of, but is not limited to the following acts and omissions in designing, manufacturing, and/or marketing the subject scissor jack lift in the following respects:

_PLAINTIFF'S ORIGINAL PETITION_

1. The defendant manufacturer, JGL INDUSTRIES, INC., was negligent in failing to design the scissor jack lift so that the "safety bar" was securely welded to the scissor jack lift so that it could not suddenly move down while supporting one's body weight;

2. The defendant manufacturer, JGL INDUSTRIES, INC., was negligent in designing the scissor jack lift without a guard or shield on it as would have been done by a reasonable and prudent manufacturer under the same or similar circumstances;

3. The defendant manufacturer, J.G.L. INDUSTRIES were negligent in placing the scissor jack lift on the market without warning the users of the equipment that the safety bar might suddenly move down causing a person to fall or abruptly shift their body.

Each of the aforementioned negligent acts or omissions of defendant, taken sigularly or in combination, were a proximate cause of the plaintiff's injuries and damages as set forth below.

## NEGLIGENCE OF DEFENDANT RENTAL SERVICE CORPORATION
### VI.

Plaintiff's accident and injuries suffered by reason thereof were proximately caused by Defendant RENTAL SERVICE CORPORATION'S negligence which consisted of, but is not limited to the following acts and omissions in marketing the subject scissor jack lift in the following respects:

1. The defendant, RENTAL SERVICE CORPORATION, was negligent in failing to maintain the scissor jack lift so that the "safety bar" was securely welded to the scissor jack lift so that it could not suddenly move down while supporting one's body weight;

2. The defendant, RENTAL SERVICE CORPORATION, was negligent in marketing, renting, and/or leasing the scissor jack lift without a guard or shield on it as would have been done by a reasonable and prudent manufacturer under the same or similar circumstances;

Case 1:01-cv-00134 Document 1 Filed in TXSD on 08/03/2001 Page 13 of 25

3. The defendant, RENTAL SERVICE CORPORATION, was negligent in placing the scissor jack lift on the market without warning the users of the equipment that the safety bar might suddenly move down causing a person to fall or abruptly shift their body.

## RES IPSA LOQUITUR
### VII.

Plaintiff cannot more specifically allege the acts of negligent manufacture or design on the part of defendants JGL INDUSTRIES, INC. and RENTAL SERVICE CORPORATION, for the reason that facts in that regard are peculiarly within the knowledge of that defendants, and, in the alternative, in the event plaintiff is unable to prove specific acts of negligent design and/or manufacture, plaintiff relies on the doctrine of res ipsa loquitur. In this connection, plaintiff will show that the design and manufacture of the scissor jack lift was within the exclusive control of defendant JGL INDUSTRIES, INC., and that said scissor jack was rented/leased by RENTAL SERVICE CORPORATION. Plaintiff had no means of ascertaining the method or manner in which the product was designed and manufactured, and it came into plaintiff's possession in the same condition it was in when it left the control of defendants. The occurrence causing harm to plaintiff, as described above, was one which, in the ordinary course of events, would not have occurred without negligence on the part of defendants. Thus, defendant JGL INDUSTRIES, INC. was negligent in the design, manufacture, or both of the subject scissor jack lift, and defendant RENTAL SERVICE CORPORATION was negligent in renting and/or leasing the subject scissor jack lift, which negligence was a proximate cause of the injuries and damages sustained by plaintiff.

PLAINTIFF'S ORIGINAL PETITION

Case 1:01-cv-00134   Document 1   Filed in TXSD on 08/03/2001   Page 14 of 25

## DAMAGES FOR PLAINTIFF, ROY RODRIGUEZ
### VIII.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ROY RODRIGUEZ was caused to suffer personal injuries.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ROY RODRIGUEZ has incurred the following damages:

1.   Reasonable medical care and expenses in the past.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past;

4.   Mental anguish in the past;

5.   Physical pain and suffering in the future;

5.   Mental anguish in the future;

6.   Physical Impairment in the past

7.   Physical Impairment in the future;

8.   Physical Disfigurement in the past;

9.   Physical Disfigurement in the future;

10.   Lost wages in the past;

11.   Loss of earning capacity in the future; and

12.   Loss of enjoyment of life.

# P R A Y E R

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**ALWORTH & FORD, L.L.P.**
111 Soledad, Suite 700
San Antonio, Texas 78205
(210) 227-2315
(210) 226-8065 [fax]

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT, CAMERON COUNTY, TEXAS

BY _____

BY: _____
JON R. ALWORTH
State Bar No. 01133070

ATTORNEYS FOR PLAINTIFF

PLAINTIFF RESPECTFULLY DEMANDS TRIAL BY JURY

AUG-02-01 16:30        713 237 8742                    P 10      R-112     Job-653
08/02/01  THU 16:30 FAX 713    8742      RIDGWAYS COURT REPO   NG                    @010

## CERTIFIED COPY

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.003.01

### No. 2001-06-002873-G            ORIGINAL

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RENTAL SERVICE CORPORATION
    SERVING REGISTERED AGENT
    CT CORPORATION
    350 N. ST. PAUL ST.

the ____ DEFENDANT ____ , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION     was filed on JUNE 20, 2001. A copy of same accompanies this citation.

The file number of said suit being No. 2001-06-002873-G.

The style of the case is:

               ROY RODRIGUEZ
                   VS.
             JLG INDUSTRIES, INC.

Said petition was filed in said court by ____ HON. JON R. ALMORTH ____
(Attorney for ____ PLAINTIFF ____ ), whose address is
111 SOLEDAD, SUITE 700 SAN ANTONIO, TEXAS    78205    .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 19th day of ____ JUNE ____ , A.D. 2001.



                              _____ DE LA GARZA ____ , DISTRICT CLERK
                              _____ County, Texas
                              _____ on St.
A TRUE COPY I CERTIFY        _____ Texas 78521
AURORA DE LA GARZA, CLERK
DISTRICT COURT                _____ Avila , Deputy
BY

EXHIBIT
2

## RETURN OF OFFICER

Came to hand the 3rd day of July , 2001, at 11:50 o'clock A .M., and

executed (not executed) on the 7th day of July , 2000, by delivering to

Rental Service Corporation
To CT Corporation                    in person a true copy of this Citation

upon which I endorsed the date of delivery, together with the accompanying copy

of the Plaintiff's Original Petition

Cause of failure to execute this citation is: Sent by Certified Mail
#7000 0520 0021 2781 4560
350 N. St. Paul St.
Dallas, Texas 75201

FEES serving 1 copy                    Sheriff/constable Cameron County,

Total....... $_____              By Marilyn Stroud                    Deput
                                       Civil Process Server
Fees paid by:_____

FILED ___ O'CLOCK ___
AURORA DE LA GARZA DIST. CLERK
JUL 1 2 2001
DISTRICT COURT CAMERON COUNTY TEX

Case 1:01-cv-00134   Document 1   Filed in TXSD on 08/03/2001   Page 17 of 25

ClubPDF - www.fwsiu.com



## CERTIFIED COPY

Cause No. *2001-06-2940-D*

# ORDER TO SERVE

The foregoing application to serve citations, notices and other process issuing out
of the District Courts of Cameron County, Texas, having come on for consideration, and
the Court being of the opinion it should be granted:

IT IS ORDERED this date that *Marilyn Stroud* be, and he
is hereby, authorized to serve citations, other notices and process issuing out of the District
Courts of Cameron County except in a suit in which he may be a party or interested in the
outcome.

Signed *June 26, 2001*

_____
Judge Presiding

FILED _____ O'CLOCK ____ M
AURORA DE LA GARZA DIST CLERK

JUN 26 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS

06/28/01 CERT. COPY TO:
MARILYN STROUD

A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
DATE 10-29-01
_____
DEPUTY

CutePDF - www.tesla.com

## CERTIFIED COPY

Citation for Personal Service _____   Lit. Seq. # 5.002.01

### No. 2001-06-002873-G          ORIGINAL

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: JLG INDUSTRIES, INC.
SERVING HENRY CUELLAR
P.O. BOX 13193
AUSTIN, TEXAS 78701-3193
the       DEFENDANT     , BY SERVING IN DUPLICATE COPIES TO THE
SECRETARY OF STATE (STATUTORY DOCUMENTS)
P. O. BOX 12079 AUSTIN, TX  78711-2079_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION _____

_____

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20

days after the date of service of this citation before the Honorable District

Court 404th Judicial District of Cameron County, Texas at the Courthouse of said

county in Brownsville, Texas.  Said _____ PETITION _____ was filed on

__JUNE 29, 2001__ .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-06-002873-G.

The style of the case is:

ROY RODRIGUEZ
VS.
JLG INDUSTRIES, INC.

Said petition was filed in said court by _____ HON. JON R. ALWORTH

(Attorney for _____ PLAINTIFF _____ ), whose address is

111 SOLEDAD, SUITE 700 SAN ANTONIO, TEXAS   78205 _____.

The nature of the demand is fully shown by a true and correct copy of the

Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to

requirements of law, and the mandates thereof, and make due return as the law

directs.

Issued and given under my hand and seal of said Court at Brownsville,

Texas, this the 29th day of _____ A.D. 2001.

A TRUE COPY
AURORA DE LA GARZA
DISTRICT CLERK                 DE LA GARZA    , DISTRICT CLERK
County, Texas
97 E.     ison St.
Texas 78521

BY_____, Deputy

Case 1:01-cv-00134 Document 1 Filed in TXSD on 08/03/2001 Page 21 of 25

CERTIFIED COPY

Cause No. *2001-06-2940-D*

# ORDER TO SERVE

The foregoing application to serve citations, notices and other process issuing out of the District Courts of Cameron County, Texas, having come on for consideration, and the Court being of the opinion it should be granted:

IT IS ORDERED this date that *Marilyn Stroud* be, and he is hereby, authorized to serve citations, other notices and process issuing out of the District Courts of Cameron County except in a suit in which he may be a party or interested in the outcome.

Signed *June 26, 2001*

Judge Presiding

06/28/01 CERT. COPY TO:
MARILYN STROUD

FILED AT 1:00 O'CLOCK P M
AURORA DE LA GARZA DIST CLERK

JUN 26 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY TEXAS
BY
DATE 6-29-01
DEPUTY



4575
2781
0021
0520
2000

Postage            $        1.03        UNIT ID: 0046

Certified Fee                2.10

Return Receipt Fee           1.50                    Postmark
(Endorsement Required)                                Here

Restricted Delivery Fee                  Clerk: KMENT
(Endorsement Required)

Total Postage & Fees  $     4.63         07/03/01

PO Box 12079
Austin, Texas 78711-2079

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                        □ Agent
                                         □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

J.L.G. Industries, Inc.
c/o Henry Cueller
PO Box 12079
Austin, Texas 78711-2079

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number (Copy from service label)   7000 0520 0021 2781 4575

PS Form 3811, July 1999          Domestic Return Receipt

# CIVIL DOCKET · JUDGE'S ENTRIES

### RULE 26-TRCP

## CERTIFIED COPY

CASE NO. 2001-06-002873-C



| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | | | DATE OF FILING |
|---|---|---|---|---|---|
| | | | DAY | MONTH | YEAR |

ROY RODRIGUEZ

vs

JLG INDUSTRIES, INC.

04570040-1
HON. JON R. ALWORTH
111 SOLEDAD, SUITE 700
SAN ANTONIO, TEXAS  78205 0010

(02)

PERSONAL INJURY/NON

06   20   01

**JURY**

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

EXHIBIT
3

CUtoPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROY RODRIGUEZ                              §
                                           §            B-01-134
VS.                                        §       CIVIL ACTION NO. _____
                                           §
                                           §
                                           §
JLG INDUSTRIES, INC. and                   §
RENTAL SERVICE CORPORATION                 §       JURY TRIAL DEMANDED

## LIST OF PARTIES AND COUNSEL

NOW INTO COURT, through undersigned counsel, comes Defendant Rental

Service Corporation and pursuant to 28 U.S.C. §1447(b) and Local Rule 81, submit the

following list of parties remaining in this action:

**Plaintiff Roy Rodriguez**
**Attorney:**
        Jon R. Alworth
        Texas Bar No. 01133070
        Alworth & Ford, L.L.P.
        111 Soledad, Suite 700
        San Antonio, Texas 78205
        Telephone: (210) 227-2315
        Telecopier: (210) 226-8065

**Defendant Rental Service Corporation**
**Attorney:**
        Claude L. Stuart, III
        Texas Bar No. 19426620, Fed. Bar No. 13824
        Mary Cazes Greene
        Texas Bar No. 24005647, Fed. Bar No. 22671
        3040 Post Oak Boulevard, Suite 900
        Houston, Texas 77056
        Telephone: (713) 626-1386
        Telecopier: (713) 626-1388

HO 158126 1



EXHIBIT

4

**Defendant JLG Industries, Inc.**
**Attorney (who has not yet appeared**
**as counsel of record):**

      Kyle M. Rowley
      State Bar No. 17347700, Fed. Bar No. 7234
      Holloway & Rowley, P.C.
      1415 Louisiana Street, Suite 2550
      Houston, Texas 77002
      Telephone: (713) 751-0055
      Telecopier: (713) 751-0057

          Respectfully submitted,

          **PHELPS DUNBAR LLP**

By:      _____
          Claude L. Stuart, III
          Texas Bar No. 19426620, Fed. Bar No. 13824
          Mary Cazes Greene
          Texas Bar No. 24005647, Fed. Bar No. 22671
          3040 Post Oak Boulevard, Suite 900
          Houston, Texas 77056
          Telephone: (713) 626-1386
          Telecopier: (713) 626-1388
          **ATTORNEYS FOR DEFENDANT**
          **RENTAL SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via U.S. Mail on this the _____ day of August, 2001.

Mr. Jon R. Alworth
Alworth & Ford, L.L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205

Mr. Kyle M. Rowley
Holloway & Rowley, PC
1415 Louisiana, Suite 2550
Houston, Texas 77002

          _____
          Mary Cazes Greene