United States District Court
Southern District of Texas
FILED

AUG 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| | § | |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY TRIAL DEMANDED |

### DEFENDANT RENTAL SERVICE CORPORATION'S ORIGINAL ANSWER

NOW INTO COURT, comes Defendant Rental Service Corporation, and files this its Original Answer to Plaintiff's Original Complaint, and would respectfully show the Court as follows:

### FIRST DEFENSE
1.

The Original Complaint fails to state a claim upon which relief against Defendant can be granted.

### SECOND DEFENSE (Response to Complaint)
2.

The allegations contained in Paragraph I of the Original Complaint are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein.

3.

The allegations contained in Paragraph II are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein.

HO 158859 1

**4.**

The allegations contained in Paragraph III of the Original Complaint are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein with respect to the residency of Plaintiff but are assumed to be true.

The allegations contained in Paragraph III with respect to Rental Service Corporation are denied as written. Rental Service Corporation is am Arizona Corporation, doing business in Texas.

The allegations contained in Paragraph III with respect to JLG Industries, Inc. are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein with respect to the residency of JLG Industries, Inc.

**5.**

The allegations contained in Paragraph IV of the Original Complaint are denied as written. Rental Service Corporation denies that it is liable to Plaintiff for any injuries or damages allegedly as sustained by him.

**6.**

The allegations contained in Paragraph V of the Original Complaint do not pertain to this Defendant but are denied. for a lack of information sufficient to form a belief as to the truth of the matters asserted therein.

**7.**

The allegations contained in Paragraph VI of the Original Complaint are denied.

**8.**

The allegations contained in Paragraph VII of the Original Complaint are denied.

HO 158859 1

9.

The allegations contained in Paragraph VIII of the Original Complaint are denied.

10.

To the extent that the prayer of the Original Complaint requires an answer, all allegations therein are denied.

## THIRD DEFENSE
11.

For further answer herein, if any be necessary, Defendant would show that Plaintiff's damages, if any, were solely or partially the result of Plaintiff's negligent acts or omissions or other conduct and said negligence or other conduct was the proximate cause, in whole or in part, of Plaintiff's damages, if any.

## FOURTH DEFENSE
12.

For further answer herein, if any be necessary, Defendant would show that Plaintiff's damages, if any, were solely or partially the result of negligence or other conduct giving rise to fault on the part of third parties over which Defendant have no control or right of control and for whose negligence or other conduct they are not responsible.

WHEREFORE, Defendant Rental Service Corporation prays that after due proceedings are had, it has judgment that Plaintiff takes nothing, that the Complaint be dismissed with prejudice, and for all other relief to which it may be entitled at law or equity.

HO 158859 1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
Claude L. Stuart, III
State Bar 19426620, Fed. 13824
Mary Cazes Greene
State Bar 24005647, Fed. 22671
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (713) 626-1386
Telecopier: (713) 626-1388

**ATTORNEYS FOR DEFENDANT
RENTAL SERVICE CORPORATION**

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served, by placing same in the U.S. mail, properly addressed and postage prepaid, this __7__ day of August, 2001 to the following:

Jon R. Alworth
Alworth & Ford, L.L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205

Kyle M. Rowley
Holloway & Rowley, PC
1415 Louisiana, Suite 2550
Houston, Texas 77002

_____
MARY CAZES GREENE

HO 158859 1