

United States District Court
Southern District of Texas
FILED

AUG 23 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC., and | § | |
| RENTAL SERVICE CORPORATION | § | |

## PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **ROY RODRIGUEZ**, in the above-entitled and numbered cause, and designates, RICHARD ADOBBATI with the law firm of ALWORTH & FORD, L.L.P, as his lead counsel on the above-referenced matter. All correspondence and documentation should be directed to him at:

Richard Adobbati
**ALWORTH & FORD, L.L.P.**
134 E. Price Road
Brownsville, Texas 78521
(956) 544-6881
(956) 544-6883 [fax]

Respectfully submitted,

**ALWORTH & FORD, L.L.P.**
134 E. Price Road
Brownsville, Texas 78521
(956) 544-6881
(956) 544-6883 [fax]

BY: _____
RICHARD ADOBBATI
Texas State Bar No. 00790208
Federal Bar Number: 18158

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure, on this the **23rd** day of August, 2001:

Claude L. Stuart, III, Esquire
Mary Cazes Greene, Esquire
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056

Kyle M. Rowley, Esquire
Holloway & Rowley, P.C.
1415 Louisiana, Suite 2550
Houston, Texas 77002

_____
RICHARD ADOBBATI