

United States District Court
Southern District of Texas
FILED

AUG 2 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC., and | § | |
| RENTAL SERVICE CORPORATION | § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules, the following is a list of all persons and/or legal entities who or which are financially interested in this outcome of this case:

1. Plaintiff Roy Rodriguez;

2. Defendant JLG Industries, Inc.; and

3. Rental Service Corporation.

Respectfully submitted,

**ALWORTH & FORD, L.L.P.**
134 E. Price Road
Brownsville, Texas 78521
(956) 544-6881
(956) 544-6883 [fax]

BY: _____
RICHARD ADOBBATI
Texas State Bar No. 00790208
Federal Bar Number: 18158

**ATTORNEYS FOR PLAINTIFF**

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was served on the following attorneys of record in accordance with the Federal Rules of Civil Procedure, on this the **23rd** day of August, 2001:

> Claude L. Stuart, III, Esquire
> Mary Cazes Greene, Esquire
> 3040 Post Oak Boulevard, Suite 900
> Houston, Texas 77056
>
> Kyle M. Rowley, Esquire
> Holloway & Rowley, P.C.
> 1415 Louisiana, Suite 2550
> Houston, Texas 77002

_____
RICHARD ADOBBATI