

NCP Name: *ROY ANTHONY RODRIGUEZ*
CP Name: *ALMA T RODRIGUEZ*
OAG Number: **0154810042/BRN**

United States District Court
Southern District of Texas
FILED

AUG 2 8 2001

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

ROY RODRIGUEZ                              §
VS                                         §     CIVIL ACTION NO. B-01-134
JLG INDUSTRIES, INC., AND
RENTAL SERVICE CORPORATION                 §

### NOTICE OF CHILD SUPPORT LIEN

**Court of Continuing Jurisdiction:**  107TH JUDICIAL DISTRICT COURT, CAMERON COUNTY, TEXAS
**STYLE:**  IN THE INTEREST OF ESTEFANIA RODRIGUEZ AND GRECIA RODRIGUEZ, MINOR CHILDREN
**CAUSE NUMBER:**  94-11-6546-C

Obligor: *ROY ANTHONY RODRIGUEZ*
Address: *5005 BOWIE RD, BROWNSVILLE, TX 78521-5563-05*
Date of Birth: *4/11/1962*
Driver's License No.: *06681287*
Social Security No.: *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*

Obligee: *ALMA T RODRIGUEZ*
Address: *2344 E VAN BUREN ST, BROWNSVILLE TX 78520-6758-44*
Date of Birth: *10/3/1962*
Driver's License No.: *02180431*
Social Security No.: *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*
*children*:

| Name | Sex | DOB | SSN | Birthplace |
|---|---|---|---|---|
| ESTEFANIA RODRIGUEZ | F | 8/21/1994 | 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 | BROWNSVILLE, TX |
| GRECIA RODRIGUEZ | F | 3/10/1996 | 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 | BROWNSVILLE, TX |

Amount of child support arrears in Order or Writ: *$6,464.95*

Date of Order or Writ which determined arrears: *4/12/2001*

Rate of Interest specified in the Order or Writ: 12%

Date arrears determined if different from above: *03/31/01*

Arrears due $6,275.83: as of *8/23/01*

The arrears are payable to the Texas Attorney General, for distribution according to law.

I solemnly affirm and declare the foregoing to be a true statement.

_____
Office of the Attorney General
Gail J. Kahn/Arturo Vasquez
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
Texas Bar No. 11071600/24028187
CHILD SUPPORT UNIT 0308E
955 WEST PRICE RD
BROWNSVILLE, TX 78520
Telephone No. (956)544-1751
Fax No. (956)544-5921

State of Texas
County of __Cameron__

Before me, a notary public, on this __28th__ day of __August__, __2001__, personally appeared ARTURO VASQUEZ, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

_____

Return to:

The Office of the Attorney General
*CHILD SUPPORT UNIT 0308E*
*955 WEST PRICE RD*
*BROWNSVILLE, TX 78520*



DIANA B. YZAGUIRRE
Notary Public, State of Texas
My Commission Expires
MARCH 21, 2005

```
AC0410R1                OFFICE OF THE ATTORNEY GENERAL
                       CHILD SUPPORT ENFORCEMENT DIVISION              Page #:        1
                              FINANCIAL ACTIVITY REPORT
                   CASE ID: 0154810042   CAUSE NUMBER: 94116546C
NCP: RODRIGUEZ, ROY ANTHONY              CP: RODRIGUEZ, ALMA T
```

| TRANS DATE | TRANSACTION TYPE | ACCRUAL AMOUNT | ORDERED PAYMENT ON ARREARS | RECEIPT AMOUNT | AMOUNT APPLIED | BALANCE |
|---|---|---|---|---|---|---|
| 03/31/01 | CS Judgment | 6464.95 | | | | 6464.95 |
| 04/01/01 | Regular CS | 290.00 | | | | 6754.95 |
| 04/01/01 | CS Arrears | | 100.00 | | | |
| 04/03/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6664.95 |
| 04/09/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6574.95 |
| 04/16/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6484.95 |
| 04/23/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6394.95 |
| 04/30/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6304.95 |
| 04/30/01 | CS Interest | 63.05 | | | | 6368.00 |
| 05/01/01 | Regular CS | 290.00 | | | | 6658.00 |
| 05/01/01 | CS Arrears | | 100.00 | | | |
| 05/07/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6568.00 |
| 05/16/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6478.00 |
| 05/23/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6388.00 |
| 05/29/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6298.00 |
| 05/31/01 | CS Interest | 62.98 | | | | 6360.98 |
| 06/01/01 | Regular CS | 290.00 | | | | 6650.98 |
| 06/01/01 | CS Arrears | | 100.00 | | | |
| 06/04/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6560.98 |
| 06/11/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6470.98 |
| 06/18/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6380.98 |
| 06/25/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6290.98 |
| 06/30/01 | CS Interest | 62.91 | | | | 6353.89 |
| 07/01/01 | Regular CS | 290.00 | | | | 6643.89 |
| 07/01/01 | CS Arrears | | 100.00 | | | |
| 07/03/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6553.89 |
| 07/09/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6463.89 |
| 07/16/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6373.89 |
| 07/16/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6283.89 |
| 07/30/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6193.89 |
| 07/31/01 | CS Interest | 61.94 | | | | 6255.83 |
| 08/01/01 | Regular CS | 290.00 | | | | 6545.83 |
| 08/01/01 | CS Arrears | | 100.00 | | | |
| 08/06/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6455.83 |
| 08/13/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6365.83 |
| 08/20/01 | REG - EMPLOYER | | | 90.00 | 90.00 | 6275.83 |
| Totals: | | 8165.83 | 500.00 | 1890.00 | 1890.00 | 6275.83 |
| Total Due: 08/23/01 | | 8165.83 | | 1890.00 | 1890.00 | 6275.83 |