7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 10 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| | § | |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JUDGE HILDA G. TAGLE |

### RENTAL SERVICE CORPORATION'S
### CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Rental Service Corporation and files this their Certificate of Interested Parties.

Defendants state that the following list of persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities, to the best of its knowledge, are financially interested in the outcome of this litigation:

1. Plaintiff Roy Rodriguez

2. Defendant Rental Service Corporation, A Subsidiary of <u>Atlas Copco Group</u>

3. Plaintiff's counsel Alworth & Ford, L.L.P.

4. Defendant <u>JLG Industries, Inc.</u>

HO 160529 1

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: _____
Claude L. Stuart, III
Texas Bar No. 19426620, Fed. Bar No. 13824
Mary Cazes Greene
Texas Bar No. 24005647, Fed. Bar No. 22671
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
**ATTORNEYS FOR DEFENDANT
RENTAL SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record via U.S. Mail on this the __7__ day of September, 2001.

Mr. Jon R. Alworth
Alworth & Ford, L.L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205

Mr. Kyle M. Rowley
Holloway & Rowley, PC
1415 Louisiana, Suite 2550
Houston, Texas 77002

_____
Mary Cazes Greene

HO-160529 1