| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ROY RODRIGUEZ §
§
§
*versus* § CIVIL ACTION NO: B: 01-134
§
§
JLG INDUSTRIES, INC., ET AL §

**Entered NOV 2 3 2001**
Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Conference

The initial pre-trial conference set for *December 17, 2001,* has been reset to:

**January 8, 2002 at 2:30 p.m.**

Signed on *November 21*, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge