10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROY RODRIGUEZ, §
 §
 §
v. § C.A. NO. B-01-134
 §
JLG INDUSTRIES, Inc. and §
RENTAL SERVICE CORPORATION §
 §

**ORDER**

BE IT REMEMBERED that on December 13, 2001, the Court **STRUCK** the Parties' Joint Discovery/Case Management Plan [Dkt. No. 9] and **ORDERED** the Parties to submit a Joint Discovery/Case Management Plan in compliance with Court chamber Rule 7(A)(1) no later than December 19, 2001 at 3 p.m. C.S.T..

Specifically, the Court, having been informed that Defendant JLG has not been served in this case, hereby **ORDERS** the Parties to submit a Joint Discovery/Case Management Plan which a) documents a Rule 26 meeting which includes all parties; or b) documents what efforts have been made to serve Defendant JLG.

The Parties are forewarned that the Court will consider imposing monetary sanctions on any party that does not comply with chamber rules by the date specified above.

DONE at Brownsville, Texas, this 13th day of December, 2001.

Hilda G. Tagle
United States District Judge