12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | CIVIL ACTION NO. B-01-134 |
| VS. | § | |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | |

## AGREED MOTION TO RESCHEDULE THE
## INITIAL PRETRIAL CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff Roy Rodriguez by and through his attorney of record and file this his Agreed Motion to Reschedule the Initial Pretrial Conference in connection with the above styled and numbered cause and in support thereof, would respectfully show the court the following:

1.

Plaintiff Roy Rodriguez and Defendant Rental Service Corporation filed their Joint Discovery/ Case Management Plan on or about December 12, 2001. The Court having considered the parties joint discovery/case management plan struck the plan requesting the parties to either include defendant JLG Industries in a Rule 26 meeting or in the alternative, provide documentation evidencing what efforts were made to serve defendant JLG Industries no later than December 19, 2001. Said Order was entered by this Court on December 13, 2001. The parties filed a revised Joint Discovery / Case Management Plan complying with the Court's request on December 18, 2001.

2.

Since the filing of the revised Joint Discovery/Case Management Plan, plaintiff's counsel has had numerous telephone conversations with Mr. Kyle Rowley, counsel for defendant JLG Industries concerning service of the summons. Mr. Rowley informed counsel for plaintiff, he conferred with his client and they were amenable to executing a Waiver of Service of Summons. Plaintiff's counsel sent said waiver via overnight delivery to defendant JLG Industries on or about January 2, 2001 for execution and return of the waiver. Furthermore, counsel for defendant JLG Industries has advised he will file an Answer prior to the expiration of the 20 days as allowed by the Federal Rules of Civil Procedure, however, will need time to properly prepare and file an Answer.

3.

For the above stated reasons, the parties would respectfully request the Initial Pretrial Conference be reset from its present setting of January 8, 2002 until January 28, 2002 to give the parties ample time to receive the waiver, enter an appearance and conduct a new Rule 26 meeting and submit a Joint Discovery/Case Management Plan including all parties.

4.

**JUDICIAL ECONOMY**

This motion is done for purpose of economizing court time and in order to avoid a second Pretrial Conference once JLG Industries has entered an appearance.

5.

**CERTIFICATE OF CONFERENCE**

Plaintiff's counsel conferred with Ms. Mary Cazes Greene, counsel for defendant Rental Service Corporation and Mr. Kyle Rowley counsel for defendant JLG Industries, on the 4th day of January, 2001 who informed they were not opposed to the filing of this motion.

6.

This request is not being sought for purposes of delay but to avoid the court's time in conducting a separate conference once all parties are proper before this court.

Signed on this the ____7____ day of January, 2002.

Respectfully submitted,

ALWORTH & FORD, L.L.P.
134 E. Price Road
Brownsville, Texas   78521
Telephone No. (956) 544-6881
Facsimile No. (956) 544-6883

By:_____
    Ricardo M. Adobbati, Esq.
    Of Counsel
    State Bar No. 00790208
    Federal Adm. No. 18158
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been delivered to all parties and/or counsel of record, via Certified Mail, Return Receipt Requested, on this ___ day of January, 2002 to the following:

Ms. Mary Cazes Greene
PHELPS DUNBAR, LLP
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056

Mr. Kyle M. Rowley
HOLLOWAY & ROWLEY. P.C.
415 Louisiana, Suite 2550
Houston, Texas 77002

_____
Ricardo M. Adobbati