13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROY RODRIGUEZ, | § |
| | § |
| v. | § C.A. NO. B-01-134 |
| | § |
| JLG INDUSTRIES, Inc. and | § |
| RENTAL SERVICE CORPORATION | § |

## ORDER

BE IT REMEMBERED that on January 7, 2002, the Court **GRANTED** the Agreed Motion to Reschedule the Initial Pretrial Conference [Dkt. No. 12]. The conference is hereby reset to January 28, 2002 at 2:30 p.m. C.S.T.

DONE at Brownsville, Texas, this 7th day of January, 2002.

_____
Hilda G. Tagle
United States District Judge