*14*

United States District Court
Southern District of Texas
ENTERED
JAN 25 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | § | |
|---|---|---|
| **ROY RODRIGUEZ,** | § | |
| | § | |
| v. | § | C.A. NO. B-01-134 |
| | § | |
| **JLG INDUSTRIES, Inc. and** | § | |
| **RENTAL SERVICE CORPORATION** | § | |
| | § | |

### ORDER

BE IT REMEMBERED that on January 24, 2002, the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for mediation pursuant to the Parties' agreement that mediation appears to be the most reasonably suited alternative dispute resolution technique for the case [see Dkt. No. 11 at 5].

The initial pretrial conference set for January 28, 2002 at 2:30 p.m. C.S.T. is hereby cancelled. If the dispute is not resolved in mediation, the conference will be rescheduled.

DONE at Brownsville, Texas, this 24th day of January, 2002.

Hilda G. Tagle
United States District Judge