

United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| VS. | § | JUDGE HILDA G. TAGLE |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY DEMANDED |

### DEFENDANT JLG INDUSTRIES INC.'S
### ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant JLG Industries, Inc., files this its Original Answer to Plaintiff's Original

Complaint, and would respectfully show the Court as follows:

### FIRST DEFENSE
1.

The Original Complaint fails to state a claim upon which relief against Defendant can be

granted.

### SECOND DEFENSE (Response to Complaint)
2.

The allegations contained in Paragraph I of the Original Complaint no longer apply to

this case following removal.

3.

The allegations contained in Paragraph II are denied for a lack of information sufficient

to form a belief as to the truth of the matters asserted therein.

4.

The allegations contained in Paragraph III of the Original Complaint are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein with respect to the residency of Plaintiff.

The allegations contained in Paragraph III with respect to JLG Industries, Inc., are admitted except it is denied that L. David Black is currently the President of JLG Industries, Inc.

The allegations contained in Paragraph III with respect to Rental Service Corporation are denied for a lack of information sufficient to form a belief as to the truth of the matters asserted therein with respect to the residency of Rental Service Corporation.

5.

The allegations contained in Paragraph IV of the Original Complaint are denied as written. JLG Industries, Inc. denies that it is liable to Plaintiff for any injuries or damages allegedly as sustained by him.

6.

The allegations contained in Paragraph V of the Original Complaint are denied.

7.

The allegations contained in Paragraph VI of the Original Complaint are denied.

8.

The allegations contained in Paragraph VII of the Original Complaint are denied.

9.

The allegations contained in Paragraph VIII of the Original Complaint are denied.

10.

To the extent that the prayer of the Original Complaint requires an answer, all allegations herein are denied.

**THIRD DEFENSE**
11.

For further answer herein, if any be necessary, JLG would show that Plaintiff's damages, if any, were solely or partially the result of Plaintiff's negligent acts or omissions or other conduct and said negligence or other conduct was the proximate cause, in whole or in part, or Plaintiff's damages, if any.

**FOURTH DEFENSE**
12.

For further answer herein, if any be necessary, JLG Industries, Inc., would show that Plaintiff's damages, if any, were solely or partially the result of the negligence or other conduct giving rise to fault on the part of third parties over which Defendant have no control or right of control and for whose negligence or other conduct they are not responsible.

**FIFTH DEFENSE**
13.

JLG Industries, Inc. would respectfully show that Plaintiff's petition and the cause of action alleged therein is barred by the applicable statute of limitations, by laches, by release and/or by accord and satisfaction.

WHEREFORE, Defendant JLG Industries, Inc., prays that for Judgment herein that the Plaintiff Roy Rodriguez take nothing, that the Complaint be dismissed with prejudice, and for all other relief to which it may be entitled at law or equity.

3

Respectfully submitted,

HOLLOWAY & ROWLEY, P.C.

By: _____
Gordon A. Holloway
TBA: 09885000
Fed. ID: 2145
Kyle M. Rowley
TBA: 17347700
Fed ID: 3714
1415 Louisiana, Suite 2550
Houston, Texas 77002
713-751-0055
713-751-0057 FAX

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served, by placing same in the U.S. mail, properly addressed and postage prepaid, this __17__ day of January 2002.

_____
Kyle M. Rowley

Ricardo M. Adobbati
Alworth & Ford, LLP
134 E. Price Road
Brownsville, Texas 78521

Mary Cazes Green
Phelps Dunbar, LLP
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056