*16*

United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JUDGE HILDA G. TAGLE |

## JLG INDUSTRIES INC'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant JLG INDUSTRIES, INC., and files this its Certificate of Interested Parties.

Defendant states that the following list of persons, association of persons, firms, partnerships, corporation, affiliates, parent corporations, or other entities, to the best of its knowledge, are financially interested in the outcome of this litigation:

1. Plaintiff Roy Rodriguez

2. Plaintiff's counsel Alworth & Ford, L.L.P.

3. Defendant Rental Service Corporation, A Subsidiary of <u>Atlas Copco Group</u>

4. Defendant <u>JLG Industries, Inc</u>

Respectfully submitted,

HOLLOWAY & ROWLEY, P.C.

By: _____
Gordon A. Holloway
TBA: 09885000
Fed. ID: 2145
Kyle M. Rowley
TBA: 17347700
Fed ID: 3714
1415 Louisiana, Suite 2550
Houston, Texas 77002
713-751-0055
713-751-0057 FAX

## CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R.Civ.P.5, I do hereby certify that on this __18__ day of January, 2002, a true and correct copy of the foregoing instrument was served on all counsel of record.

_____
Kyle M. Rowley