17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

ROY RODRIGUEZ                     *

vs                                *   CIVIL ACTION NO. B-01-134

JLG INDUSTRIES, INC., ET AL       *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### TELEPHONIC INITIAL PRETRIAL CONFERENCE

Monday, January 28, 2002, @ 2:30 P.M.
(PLAINTIFF'S COUNSEL SHALL INITIATE THE CALL.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

                                    BY ORDER OF THE COURT

January 25, 2002

cc:      Counsel of Record