*21*

# UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| VS | § | B-01-134 |
| | | (Judge Tagle) |
| JLG INDUSTRIES, INC., ET AL | § | |

United States District Court
Southern District of Texas
ENTERED

**JAN 3 0 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1.   Trial: Estimated time to try: __4__ days.    ☐ Bench   ☐ Jury

2.   New parties must be joined by:    **May 18, 2002**
     *Furnish a copy of this scheduling order to new parties*

3.
A   The plaintiff(s)' experts will be named with a report furnished by:    **June 3, 2002**

4.   The defendant(s)' experts must be named with a report furnished
     within 30 days of the deposition of the plaintiff(s)' expert.    **July 3, 2002**

5.   Discovery must be completed by:    **August 26, 2002**
     *Counsel may agree to continue discovery beyond the deadline, but there will be
     no intervention by the Court.  No continuances will be granted because of
     information acquired in post-deadline discovery.*

6.   Mediation shall be held on or before:    **September 13, 2002**

*********************   The court will provide these dates.   **********************

7.   Dispositive Motions will be filed by:    **September 23, 2002**

8.   Joint pretrial order is due:    **October 14, 2002**
     *The plaintiff(s) is responsible for filing the pretrial order on time*

9.   Docket call and final pretrial conference before Judge Tagle
     is set for 1:30 p.m. on:    **November 1, 2002**
     *The case will remain on standby until tried*

10.  The jury selection before Judge Tagle is set for 9:00 a.m. on:    **November 4, 2002**

The case will remain on standby until tried.

Signed __January 28, 2002__, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge