IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROY RODRIGUEZ | * |
| | * |
| VS. | * CIVIL ACTION NO. B-01-134 |
| | * |
| JLG INDUSTRIES, INC. and | * |
| RENTAL SERVICE CORPORATION | * |

## NOTICE OF DESIGNATION OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that Defendant RENTAL SERVICE CORPORATION has retained Mitchell C. Chaney and Teri L. Danish of the law firm of Rodriguez, Colvin & Chaney, L.L.P., as additional counsel in the above-referenced matter.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Mitchell C. Chaney
State Bar No. 04107500
Fed. ID. No. 1918
Teri L. Danish
State Bar No. 05375320
Fed. ID. No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

Of Counsel:

Claude L. Stuart III
State Bar No. 19426620
Federal I.D. No. 13824
Mary Cazes Greene
State Bar No. 24005647
Federal I.D. No. 22671
PHELPS DUNBAR LLP
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056
Telephone: (713) 626-1386
Telecopier: (713) 626-1388

**ATTORNEYS FOR DEFENDANT,
RENTAL SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy the foregoing was served upon all counsel of record, to-wit:

Mr. Jon R. Alworth
Alworth & Ford, L.L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205

Mr. Kyle M. Rowley
Holloway & Rowley, P.C.
1415 Louisiana, Suite 2550
Houston, Texas 77002

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 31st day of January, 2002.

_____
Mitchell C. Chaney