24

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC. AND | § | |
| RENTAL SERVICE CORPORATION | § | JUDGE HILDA G. TAGLE |

## PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES AND PRODUCTION OF EXPERT REPORTS

COME NOW, **ROY RODRIGUEZ AND ALMA RODRIGUEZ**, plaintiffs in the above

entitled and numbered cause, and pursuant to the Federal Rules of Civil Procedure and the Joint

Management Plan entered in this cause file this their Designation of Expert Witnesses as follows:

**Mr. William W. R. Purcell, PE, CSP**
**Purcell Safety Engineering**
**7607 Eastmark Drive, Suite 201**
**College Station, Texas 77840**

Mr. Purcell will testify as to the design and manufacture of the scissor lift involved in the accident.

A photocopy of Mr. Purcell's curriculum vitae and report are attached hereto.

**Madhavan Pisharodi, M.D.**
942 Wildrose Lane
Brownsville, Texas 78520
(956) 541-6725

Madhavan Pisharodi, M.D. is plaintiff Roy Rodriguez's treating physician who has knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. This expert will likely testify as to any matter contained in his/her medical and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical expert may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**A. P. Chandran, PhD.**
942 Wildrose Lane
Brownsville, Texas 78520
(956) 541-6725

A. P. Chandran, PhD. is one of plaintiff Roy Rodriguez's treating physicians who has knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. This expert will likely testify as to any matter contained in his/her medical and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical expert may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**Richard L. Fremaux, M.D.**
**Ivan Doyle Siddons, M.D.**
**Coastal Radiology**
1313 Alton Gloor, Suite C
Brownsville, Texas 78526

Ivan Doyle Siddons, M.D. and Richard L. Fremaux, M.D. treated plaintiff Roy Rodriguez and have knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. These experts will likely testify as to any matter contained in their medical and/or radiology reports and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical experts may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**H. Pacheco Serrant, M.D.**
Neurological Surgery
800 West Jefferson, Suite 140
Brownsville, Texas 78520
(956) 504-1322

H. Pacheco Serrant, M.D. is plaintiff Roy Rodriguez's treating physician who has knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. This expert will likely testify as to any matter contained in his/her medical and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical expert may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**Dr. Humberto Tijerina**
801 S. 5th Street
McAllen, Texas 78503
(956) 631-8717

Dr. Humberto Tijerina is one of plaintiff Roy Rodriguez's treating physicians who has knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. This expert will likely testify as to any matter contained in his/her medical and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical expert may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**Dr. Ricardo M. Adobbati**
95. E. Price Road
Brownsville, Texas 78520

Ricardo Adobbati, M.D. is one of plaintiff Roy Rodriguez's treating physicians who has knowledge of plaintiff's injuries sustained as a result of the accident made the basis of this lawsuit. This expert will likely testify as to any matter contained in his/her medical and billing records, copies all of which were attached to plaintiff's response to defendant's request for production. The aforementioned medical expert may testify as to his education, qualifications, credentials, experience and areas of expertise.

The medical expert testimony will be based on the expert's examination of plaintiff Roy Rodriguez's complaints and injuries, medical treatment, diagnosis and prognosis as a result of the incident made the basis of this lawsuit. Such opinions conclude the accident made the basis of this suit were the sole cause of the injuries complained of by plaintiff.

**Robert Bentley, CRNA**
**Anesthesiologist**
Valley Regional Medical Center
100-A Alton Gloor
Brownsville, Texas 78520

**Brownsville Medical Center**
1040 W. Jefferson
Brownsville, Texas 78520
(956) 544-1400

(956) 544-1400
**Valley Regional Medical Center**
100-A Alton Gloor Blvd.
Brownsville, Texas 78520
(956) 350-7000

**Walgreen's Drug Stores**
4490 E. 14th Street
Brownsville, Texas

**HEB Pharmacy**
2250 Boca Chica Blvd.
Brownsville, Texas 78520

**Cantu Westside Pharmacy**
1080 Los Ebanos Pharmacy
Brownsville, Texas 78520

**Brownsville Back School**
3475 W. Alton Gloor
Brownsville, Texas 78520
(956) 541-6725

See response and medical records attached.   Plaintiff will further rely on those records and reports previously attached to discovery responses.   Plaintiff will further supplement as additional records are obtained.

Signed on this the ___3rd___ day of June, 2002.

Respectfully submitted,

BY: _____

RICARDO M. ADOBBATI
SBN:  00790208
FEDERAL ADM NO. 18158

Law Office of Ricardo M. Adobbati
134 East Price Road
Brownsville, Texas  78521
(956) 544-6882
(956) 544-6883  [fax]

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon defendants this ___3___ day of ___June___, 2002.

Mr. Kyle M. Rowley
Holloway & Rowley, P.C.
415 Louisiana, Suite 2550
Houston, Texas 77002

Ms. Mary Cazes Greene
Phelps Dunbar, LLP
3040 Post Oak Boulevard, Suite 900
Houston, Texas 77056

_____
Ricardo M. Adobbati

# PURCELL SAFETY ENGINEERING

2922 Camille Drive
College Station, Texas 77845
(979) 764-4411 • Fax (979) 764-6489

William W.R. Purcell, PE, CSP

June 3, 2002


Mr. Richard Adobbati
134 E. Price Road
Brownsville, Texas 78521

Re:   <u>Preliminary Summary Opinion Report</u>
      Roy Rodriguez vs. JLG, et al

    As requested, this report summarizes my findings to date regarding liability issues pertaining to JLG and RSC that relate to an incident that occurred to Mr. Roy Rodriguez.

    The following is intended to provide a brief description of the loss event in this matter for reader orientation purposes only, and is not intended to be a summary of facts. In this regard, it is understood that on or about October 6, 2000, Mr. Rodriguez was an employee of Heggens Electric performing repairs on lights at a stadium in Brownsville, Texas. Heggens had leased a JLG "Sizzor Lift" from RSC (a vertical tower aerial lift manufactured by JLG, a model 2033) to provide an elevated work platform for the work. While Mr. Rodriguez was working in the subject lift, as he leaned on the guard railing, bolts fell out or apart and it separated and Mr. Rodriguez fell approximately 12-15 feet, resulting in the occurrence of severe injury.

    Opinions expressed in this report are based on a review of discovery documents and other sources of information listed below, a professional understanding of the safety literature, safety engineering, safety management, and standard safety analysis techniques. Further, the subject matter of specific materials reviewed or considered relate to product safety engineering, equipment maintenance, fall protection and safety management, including training and safety programs.

    Discovery documents supplied or assembled to assist in forming a basis of this report include:
        - photos of a JLG Sizzor Lift, identified as the subject lift (2)
        - a verbal, general description of the incident and conditions use and of the lift
        guardrail system, from Mr. Adobbati.

## PROPOSITIONAL INFORMATION

    Propositional information is defined as information provided in the form of hypothetical statements with the understanding that such information, while not currently contained in the official discovery record (documented herein), will be provided within such official discovery material before or at the time of trial. Opinions and conclusions expressed within this report tentatively assume such information to be true. However, if such information is not

2

substantiated through official discovery methods or materials before or at the time of trial, all opinions and conclusions based on such information will be withdrawn. A general description of propositional information provided includes the description of the subject incident by Mr. Adobbati and the conditions of use of the product.

## PERSONAL QUALIFICATIONS

I am a technical consultant in the fields of safety engineering, safety management, product safety engineering, civil engineering, construction management and human factors engineering. I hold a Baccalaureate degree in Civil Engineering and a Master of Science degree in Safety Engineering, both from Texas A&M University.

I have been engaged full time in the practice of these branches of engineering and management continuously since 1965. I am a Registered Professional Engineer holding Registration Number 60030 granted by the State of Texas in 1986. I have been designated as a Certified Safety Professional (CSP, Number 12542) in Comprehensive Safety Practice by the national Board of Certified Safety Professionals. I am a member of several professional societies including the American Society of Safety Engineers, the System Safety Society, the National Safety Council, and the International Society for Fall Protection.

## FIELD OF SAFETY ENGINEERING

1) The field of safety engineering incorporates a body of technical and specialized knowledge, substantially to the end goal of preventing accidents and resultant deaths or injuries.

2) The general techniques of safety engineering and hazard control have been well published and developed with peer review for over 50 years. The theories espoused have been applied, recognized, and confirmed by numerous safety professional-authors, national and international safety organizations, and by those bodies developing national consensus standards as well as the federal government (including OSHA). My professional designation in the field of safety engineering (as CSP) has been recognized by the federal government and numerous state governments, including Texas.

3) My experience in industry and consulting includes full time practices in safety engineering, product safety engineering, construction management, civil engineering and human factors engineering over three decades. Further, since specializing in the field of Safety Engineering in 1991, I have consulted in over 450 matters requiring this expertise and knowledge, and the application of the foundational principles of safety engineering to matters including product and workplace safety.    [A copy of my current Biographical Data is attached to this report.]

4) Workplace safety management and the principles of hazard control are among those general topics I address when repeatedly requested to lecture at Texas A&M University.

5) *The primary issues in this matter relate to* 1) safety management program characteristics and hazard control methods related to a vertical tower aerial lift, a piece of equipment;  2) long-established safety engineering techniques including the identification, evaluation, and control of hazards (particularly here, those related to falls protection), including product design, inspection, and maintenance of equipment, warnings, and instructions; and  3) the techniques and methods of safety management in product manufacturing and workplaces, including, among other things, establishment of policies and programs, maintenance, inspections, and safety training.

6) The issues within this matter are within my field of specialized knowledge.

## DISCUSSION PREFACE

The following discussion material was, for the most part, originally prepared for educational purposes and not specifically for this report. However, this material provides, either directly or indirectly, both general and specific fundamental concepts, principles, and technology regarding safety management and safety engineering that are, in whole or in part, the foundation for opinions and conclusions specifically related to this matter.

## CARDINAL RULES OF HAZARD CONTROL:

Safety engineering involves three basic steps: #1 - the Identification, #2 - Evaluation, and #3 - Control of hazards that have a potential to cause injury to people or damage to property. [For brevity, only the last step, "Hazard Control," is addressed here.] Current and historic safety engineering references have advocated a specific order or priority in which hazards are best controlled. Listed in order of preference and effectiveness, these control methods have become the "cardinal rules" of safe design of products and workplaces.

1. The first rule is "hazard elimination" or "inherent safety." This is accomplished through the use of such interrelated techniques as "hazard removal, substitution, and/or attenuation," through the use of the principles and techniques of product safety engineering, product safety management, and human factors engineering, beginning with the concept and initial planning stages of the system design process.

2. The second rule is the minimization of hazards through the use of add-on "safety devices" or "safety features" engineered or designed into products or systems to prevent the exposure of system users to inherent potential hazards or dangerous combinations of hazards. Samples of such devices would include shields or barriers which guard or enclose hazards, interlocks, pressure relief valves, and passive vehicle occupant restraint systems.

3. The third rule is the control of hazards through the development of safe system operating methods and procedures that instruct or warn users of dangers associated with the system that may be encountered under reasonably foreseeable conditions of use, misuse, and service. This approach must only be used after all reasonable design and safeguard opportunities have been exhausted. Further, it requires the clear communication of safe operating procedures to system

4

users through the use of education materials, safety instruction manuals, and product hazard warnings, while giving adequate consideration to the nature and potential severity of the hazards involved, as well as reasonably anticipated user capabilities and limitations (human factors).

## PRELIMINARY SUMMARY OPINIONS AND CONCLUSIONS

1. JLG and/or RSC apparently failed to properly provide an aerial lift to Heggens that was reasonably safe.

2. The subject guardrail design and/or condition was inadequate to provide appropriate fall protection to users of the lift, including Mr. Rodriguez.

3. JLG and/or RSC apparently failed to comply with ANSI/SIA A92.6-1990 as would related to fall protection and guardrail systems, inspections and maintenance of the subject aerial lift.

4. JLG and/or RSC apparently failed to establish, maintain and implement adequate safety management programs, including but not limited to training and product fall protection design.

5. The subject aerial lift product was unreasonably dangerous when it was being utilized by Mr. Rodriguez.

6. The above listed unreasonably dangerous conditions and design defects, failures, and associated negligent acts of commission or omission on the part of JLG and/or RSC, related to the issues discussed in this report, were more than likely producing and proximate causes of the incident and related injuries that occurred to Mr. Rodriguez.

Please note that these are my opinions to date based on current sources of information documented in this report and I reserve the right (and duty) to re-examine and possibly alter these opinions should new or additional information be provided.

General Required Information: The rate charged by PSE for the consulting time of the writer is $235 per hour. A list of cases in which the writer has given testimony over the last four-year period is attached, along with a CV.

Sincerely,

William W.R. Purcell, PE, CSP
WRP\bmp

encl  CV, Testimony List

# William W. R. Purcell, PE, CSP
# Purcell Safety Engineering
## Trial and Deposition Appearances from 01/01/97 to 5/28/02

---

Gordon Kelly et al vs. The Lincoln Electric Co.,
Welsco, Inc. D/B/A Welder's Supply Co., and Rockwell Construction Corporation of Texas
73rd Judicial District Court, Bexar County, Texas
Cause No. 94-CI-08974
D, D

Lunda Construction Co. vs. Reinforced Earth Company et al.
State of Wisconsin, Circuit Court, Dane County
Cause No. 94-CV-1891
D, T

James R. Edwards et al. vs. Orkin Exterminating Co., Inc.
139th Judicial District Court of Hidalgo County, Texas
Cause No. C-1299-87-C
D

Larry D. Bernhardt vs. Montana Rail Link, Inc.
U.S. District Court for the District of Montana, Billings Division
Cause No. CV 93-200-BLG-JDS
D

Norma Harrison et al. vs. Lee Lewis Construction, Inc.
237th Judicial District Court of Lubbock County, Texas
Cause No. 91-534,715
D,T

John H. Yancy, Plaintiff, v. JTB Constructors, Inc., Defendant, v. The Reinforced Earth Company, Third-Part Defendant
Fairfax County Circuit Court, McLean, Virginia.
At Law No. 137047
D,T

Tina Ferguson, et al vs. 3-M Media National Advertising Company, et al
61st Judicial District Court of Harris County, Texas
Cause No. 95-41248
D

Joseph Bandeaux, Jr vs. Mobil Oil Corporation, K.C.I. Inc., M.W. Kellogg Constructors, Inc. and Allco, Inc.
172nd Judicial District Court of Jefferson County, Texas
Cause No. E-146,5131
D

Elton Wayne Bolton, et ux. vs. PPG Industries, Inc. et al
14th Judicial District Court, Parish of Calcasieu, State of Louisiana
Cause No. 95-1849
D

Irma O. Gonzalez et al. vs. Moorhouse Construction Company, and C. C. Crane and Rigging, Inc.
319th Judicial District Court, Nueces County, Texas
Cause No. 97-5630-G
D, T

Robyn Frame vs. Lockwood, Andrews & Newnam, Inc. and Patrick & Associates
Judicial District Court, Tyler County, Texas
Cause No. 16,076
D

John Hoeksega vs. Makita U.S.A., Inc., and Makita Corp., as Successor to Makita Electric Works, Ltd.
Circuit Court of Cook County, Illinois, County Department, Law Division
and the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois
Cause No. 96L1334
D (9/23/98), T (11/4/98)

Thong Nguyen and Nu Giang vs. F. L. Smithe Machine Co., Inc.
95th Judicial District Court, Tarrant County, Texas
Cause No. 96-13009
D

1

Received: 6/ 3/02  3:54PM;                                             9797646489 -> LAW OFFICE OF RICARDO AGUDDA...  Page 11

Case 1:01-cv-00134   Document 24   Filed in TXSD on 06/10/2002   Page 11 of 52
JUN 03 2002 4:47PM   PURCELL SAFETY ENGINEERIN   9797646489                         p.7

Debra Allen, et al. v. Massey-Ferguson, Inc., et al.
    152nd Judicial District Court
    Cause No. A-152466
    D

Joe M. Reynolds, et al. vs. Chevron U.S.A., Inc. et al.
    172nd Judicial District Court, Jefferson County, Texas
    Cause No. E-139,078
    D

David Ray Tunnel and wife, Debra Tunnell vs. Jimmy Hardy Trucking Company, Inc. and G.P. Bourrous Trucking Company, Inc.
    1st Judicial District Court, Jasper County, Texas
    Cause No. 16,249
    D

Russell vs. Baytank (Houston), Inc.
    334th Judicial District Court, Harris County, Texas
    Cause No. 92-53151
    D

G. Aaron King and Stacie M. King, individually and as heirs of Spencer Aaron King, deceased vs. General Electric Company et al.
    3rd Judicial District Court, Salt Lake County, Utah
    Civil No. 94 0902831 CV
    D

Jose Araiza and wife, Mary Jane Araiza vs. Marriott Corporation and Ed Peredin
    166th Judicial Distict Court, Bexar County, Texas
    Cause No. 90-CI-14661
    D

Joe Cuellar et al. vs. Henry Building, Inc. et al.
    45th Judicial District Court, Bexar County, Texas
    Cause No. 93-CI-15996
    D

Hector Rangel, Jr. vs. Gary Baker, et al.
    224th Judicial District Court, Bexar County, Texas
    Cause No. 93-CI-09233
    D

Martha M. Zapata and Alfredo Zapata vs. Melvin Simon & Associates, Inc.
    County Court at Law Number One, Hidalgo County, Texas
    Cause No. CL-24,568-A
    D

Hector Gomez and wife, Lois Gomez vs. Jose Luis Abonce
    288th Judicial Court, Bexar County, Texas
    Cause No. 92-CI-02581
    D

Jose U. Hernandez and Esperanza Hernandez vs. ILG Industries, Inc. et al.
    150th Judicial District Court, Bexar County, Texas
    Cause No. 92-CI-11617
    D

Sharon L. Pace et al. vs. North Houston Pole Line Corp. et al.
    280th Judicial District Court, Harris County, Texas
    Cause No. 94-000275
    D

Jesse G. Rios  vs. Koch Refining Company
    288th Judicial District Court, Bexar County, Texas
    Cause No. 93-CI-06905
    D

John Morales et al. vs. Manhattan, Inc. et al.
    92nd Judicial District Court, Hidalgo County, Texas
    Cause No. 379-94-A
    D

Alvaro Amezquita Barron vs. C.O.D. Concrete Co. N/K/A Gulf Coast Concrete, Inc.
    11th Judicial District Court, Harris County, Texas
    Cause No. 94-60439
    D

2

Carl Dean Lewis vs. Brookshire Brothers, Inc.
    Judicial District Court, Montgomery County, Texas
    Cause No. 93-08-02191-CV
    D, T

Josephine Machala and Charlie Machala vs. Computed Imaging Service, Inc., and Bellville Hospital Authority
    155th Judicial District Court, Austin County, Texas
    Cause No. 95V012
    D

First Victoria National Bank vs. Thigpen, Inc. et al.
    135th Judicial District Court, Victoria County, Texas
    Cause No. 93-5-45,190-B
    D

Bret Starr vs. Retail Constructors, Inc.
    224th Judicial District Court, Bexar County, Texas
    Cause No. 93-CI-15525
    D

Salvador Silva vs. Ashland Chemical Co.
    215th Judicial District Court, Harris County, Texas
    Cause No. 97-59438
    D (12/17/98)

John Roush vs. Serv-Tech Inc. et al.
    356th Judicial District Court, Hardin County, Texas
    Cause No. 37.924
    D (1/4/99)

Leonor Tijerina vs. Melvin Simon and Associates, Inc, Roger Stolley, and M.S. Management Associates, Inc.
    206th Judicial District of Hidalgo County, Texas
    Cause No. C-4680-94-D
    D (6/30/99)

Debra Allen, Individually and as Next Friend of Michael Allen and Keith Allen, Minors, and as Executrix of the Estate of James Ray Wilen, deceased, and Fay Beale vs. Massey -Ferguson, Inc., AGCO Corporation, W. A. Virnau & Sons, Inc., and Modern Mower Company.
    136th District Court of Jefferson County, Texas.
    Cause No. A-152466
    D (3/19/98)

Trema Jean Morris, Individually and a/n/f of Jennifer Diane Morris, et al v. Archer-Daniels-Midland Company, et al.
    151st Judicial District Court of Harris County, Texas
    Cause No. 92-059,062
    D (4/4/99)    T (8/6/99)

James Clendinin vs. Irvin Whitehouse and Sons, Inc., a Kentucky Corporation, Rhone-Poulenc, Inc., a New York Corporation and Pat Ragan
    Circuit Court of Kanawha County, West Virginia
    Civil Action No. 97-C-1285
    D (8/19/99)

Yan Venter, et al vs. First Assembly of God, et al;
    District Court of Cass County, Texas
    Cause No. 98-C-334
    D (9/22/99)

John Coultas, by his guardian, William Coultas, and Travelers Insurance Company, Claims Management Services, and Illinois Department of Public Aid, Plaintiffs vs Frank Productions, Inc., American Casualty of Pennsylvania, Alan Jackson Ral World Tours, Inc., TIG Insurance Company, The International Alliance of Theatrical Stage Employees Local 251, Tait Towers, Inc., and DBF Insurance Company;
    Dane County Circuit Court, State of Wisconsin
    Case No. 97-CV-1719, Code No. 30107
    D (11/10/99)

Lon Dennis vs. Freightliner Corporation, The Around the Clock Freight Group, Inc., d/b/a Dallas Freightliner and Bostrom Seating, Inc.,
    United States District Court for the Southern District of Texas, Houston Division
    Cause #H-98-4135
    D (11/29/99)

James W. Ivey vs. Kansas City Southern Railway Company,
    United States District Court for the Eastern District of Texas, Marshall Division
    C.A. No.2-99CV0047-TH
    D (2/10/00)

3

Mitchell Tucker vs. San Antonio Erector, Inc. and Brath Construction,
277th Judicial District Court of Williamson County, Texas.
Cause No. 96-449-C277
D (3/14/00)

Malinda McCormick as Next Friend for Christian Nash, a minor child, Plaintiff, vs. Granite Construction Company,
134th Judicial District Court of Dallas County, Texas.
Cause No; DV-36-04063
D (3/15/00)

Woody Williams and Elizabeth Williams vs. The Kroger Co.,
164th Judicial District, Harris County, Texas
Cause No. 98-44469
D (3/29/00)

Dominic Boden and Janiece Boden vs. James R. Todd d/b/a Bear Pest Control and Landstar Development Corp,
101st Judicial District Court of Dallas County, Texas.
Cause No. 98-2051
D (4/17/00)

Jose Calazon Lopez and Maria Consuelo Gonzalez DeLopez, Parents of Elmer Antonio Lopez, deceased vs. K-W Industries, Inc., Byrne Metals Corp. and Glidden Roofing
and Sheet Metal, Inc.,
268th Judicial District Court of Fort Bend County, TX
Cause No. 105,250
D (6/19/00)

Gerald Bohall and Maritha Bohall, Individually and as Representatives of the Estate of Loyd Bohall, and Gina Bohall, Misty Bohall, and Carmella Ellis Formerly Known as
Carmella Bohall vs. Steve Mahaffey Construction Inc. and Archer Daniels Midland Co.;
32nd Judicial District Court, Nolan County, Texas
Cause No. 18047
D (6/27/00) T(12/7/00)

Robert E. Frazier and Wife, Catherine Frazier vs. Great Texas Food Corporation, Texas Smokehouse Foods, Inc. TESMOF Corp., and Brazos Cattle Company;
217th Judicial District Court of Angelina County, Texas.
Cause No. 31,311-98-7
D (8/7/00)

Robert Ruiz vs. Sergio Fernandez, Individually and d/b/a Southwest Telecom, and Foodarama; in 125th Judicial District Court of Harris County, TX
Cause No. 99-13186
D (8/8/00)

Weldon Lee Green and Barbara Green vs. SCM Group USA, Inc, SCMI Corp. and Steve Ellis Individually and d/b/a Austin Woodworks;
53rd Judicial District Court of Travis County, Texas.
Cause No. 99-08330
D (8/17/00)

Kay Nguyen and Quoc Nguyen, Individually vs. Toys 'R' Us-Texas, LLC; Toys 'R' Us-Texas, Inc; and Kathleen Lorber;
334th Judicial District Court of Harris County, Texas
Cause No. 999-18667
D (9/7/00)     (10/4/00)     T (11/9/00)

Daniel L. Kitson v. Cooper Cameron Corp, et al;
55th Judicial District Court of Harris County, Texas
Cause No. 2000-11147
D (9/13/00)

Wanda Irvin, Plaintiff, vs. K-Mart Corporation, Defendant
Circuit Court of the City of Norfolk, State of Virginia
No. CL99-2199
D (9/19/00)

Audrey L. Cargill and Amy Kaufman, As Next Friend of Sierra Dianne Kaufman, a Minor, Plaintiffs, vs. H&G Construction Company, Inc., Defendant
350th District Court of Taylor County, TX
Cause No. 6104-D
D (9/21/00)

Holly McCool, Plaintiff, vs. The Turtle Creek Mansion Corp., Roswood Property Co, Rosewood Hotels and Resorts, LLC, The Mansion on Turtle Creek, Defendants;
192nd Judicial District Court of Dallas County, Texas
Cause No. DV98-9210
D (9/26/00)

Sanjay Singh v. Oilbane, Inc., et al;
234th Judicial District of Harris County, Texas
Cause No. 2000-03370
D (10/3/00)

4

Mytric Diane Solomon Ross, Individually and As Representative of the Estate of Mark Ross, Sr. Deceased, and As Next Friend for Mark Ross, Jr., a Minor;
348th Judicial District Court, Tarrant County, TX
Cause No. 178149-99
D (10/12/00)

Martiniano Santoyo, et al v. Teshcote Industrial Coating, Ltd. et al;
113th Judicial District Court of Harris County, Texas
Cause No. 99-38,303
D (10/20/00)

Thomas Dvorak v. Turner Construction Company of Texas, et al.,
14th District Court of Dallas County, Texas
Cause No. 97-01463-A
D (11/21/00)

Theresa Stephens as next friend of Jennifer Michelle Stephens and Melissa Ann Stephens, Individually and on behalf of the Estate of Haskell Dale Stephens vs. Blount
International, Inc., Blount Inc., and Scott Equipment Fields Co, Inc.;
United States District Court for the Eastern District of Texas, Lufkin Division.
Cause No. 9:98CV88JH
D (12/12/00) D (4/24/01)

Christopher Jackson v. Coltec Industries Inc. d/b/a Fairbanks Morse and Horizon High Reach Inc; 190th Judicial District Court, Harris County, TX
Cause No. 99-14646
T (12/13/00)

Joseph Sandoval vs. Moore Outdoor Advertising, Inc; Vance Braziel, Individually and d/b/a Vance Braziel Outdoor Advertising; Vance Braziel Outdoor Advertising; and
Jake W. Moore, Individually
249th Judicial District Court of Johnson County, TX
Cause No. 249-143-98
D (1/3/01); T(2/2/01)

James Garner, Kennedy Wayne Allen and Theresa Garner v. Houston Industries and Houston Lighting & Power;
10th Judicial District Court of Galveston County, TX
Cause No. 98-CV-0573
D (2/6/01)

Richard Smith, Plaintiff, vs. Bank Design and Construction Corp., Financial Equipment Corp., Wayne Mitchell and American Vault Corp., Defs.;
108th Judicial District of Potter County, TX
Cause No. 87,019K
D (2/9/01)

Brown v. General Electric & Sears;
Northern District of Oklahoma.
Case No. 99-CV-1065-E (M)
D (3/8/01)

Andrew Stevens v. Healthcare Rehabilitation Center of Austin, Inc. d/b/a The Brown Schools Rehabilitation Center;
345th Judicial District Court of Travis County, Texas
Cause No. 99-06667
D (3/23/01)

Ciro Ruelas, individually and on Behalf of the Estate of His Late Father, Guadalupe Ruelas, Deceased and Xavier Ruelas, Jaime Ruelas, and Romeo Ruelas, the Sole
Surviving Sons of Guadalupe Ruelas, Deceased vs. Don Brock Distributor, Inc., Veritas Inc., Exxon Corporation, and Exxon Corporation d/b/a Exxon Company, U.S.A.;
79th Judicial District Court, Brooks County, Texas
Cause No. 98-10-08728-CV
D(4/27/01)

Eleasar Valdez, Jr. vs. Rockwell Construction Corp. of Texas; International Precast & Steel Erectors, Inc; Home Depot USA, Inc; and The Home Depot In Its Assumed or
Common Name;
County Court at Law No.1, Nueces County, Texas
Cause No. 97-60893-1
D (5/25/01)

James Gaylon Parker, et al. v. DARR Equipment Company, et al.
County Court No. 4, Dallas County, TX
Cause No. 0008886-D
D (8/3/01)

Navarro, et al. v. Southwest Recreational, et al.;
Webb County, Texas
Cause No. 2000-CVQ-001039-D1
D (8/31/01); con't 9/4/01)

5

Wendell Wright and Brenda Wright vs. Sandvik Processing Systems, Inc, and Berndorf Belt Systems, Inc., Defendants, Georgia-Pacific Corp., Intervenor
    United States District Court Western District of Arkansas, Eastern Division
    No. 00-1085
    D (10/1/01)

Eddie R. Wolfford, Jr. vs. Thomas J. Henry d/b/a The Law Offices of Thomas J Henry, Thomas J. Henry LLP, Michael E. Henry, and Jeffrey W. Schmidt;
    28th Judicial District Court of Nueces County, TX
    Cause No. 01-110-A
    D (11/14/01)

Bryan and Pamela Sieben vs. Batson Mill, LP and New Park Resources Inc.;
    356th District Court of Hardin County, TX
    Cause No. 40,380
    D (11/15/01)

David Samuels, Individually and as Next Friend of Valerie Samuels, a minor and Benjamins Samuels, Individually and as Next Friend of Valerie Samuels, a minor vs. Office Depot, Inc.,
    E-162nd Judicial District Court of Dallas County, TX
    Cause No. DV99 06722
    D (2/12/02)

Kathy Sue Bird Benson, Jeffrey Glenn Benson, Lauren Elizabeth Benson and Lindsay Lanae Benson vs. David W. Showalter, Karen M. Showalter and Century 21 Bay Reef Realty;
    10th Judicial District Court of Galveston County, TX
    Cause No. 00CV0773
    T (2/19/02)

Thomas Villegas Granados et al. vs. Arbor Prodasco Stone Oak Venture, et al;
    150th Judicial District Court, Bexar County, Texas
    Cause No. 2000-CI-12027
    D (3/14/02)

Serafin and Laberta Gudino, Individually and as Legal Representatives of the Estate of Ernesto Gudino vs. Joe Williamson, Joe Williamson d/b/a Miramar Resort Hotel;
    103rd Judicial District Court, Cameron County, TX
    Cause No. 2000-05-002024-D
    D (3/18/02)

Edward L. Jordan, Jr. v. API Outdoors, Inc;
    United States District Court Northern District of Alabama Southern Division
    Civil Action No. CV-00-J-2059-S
    D (3/21/02)

Jimmie F. Bustamante, Jr. and Roberta R. Bustamante Individually and as Next Friends for Robert R. Bustamante and Jannelle Fortelny Bustamante, Minors vs. T. M. Davis Construction Inc.,
    45th Judicial District Court of Bexar County, Texas
    Cause No. 2000-CI-16079
    D (4/16/02)

John Wesley Collins vs. Parry L. Butcher & Assoc, Architects, Ltd et al.,
    Civil Action No. CV -01-1011
    Circuit Court of Mobile County, Alabama
    D (5/8/02)

Jeff B. Hutson vs. Norton Products Company et al.;
    United States District Court for the Eastern District of Texas, Lufkin Division
    Civil Action No. 9:01CV192
    D (5/13/02)

Ernest Travis V. Norment Security Group, Inc. f/b/a Norment Industries, Inc. and Caddell Construction Co Inc;
    Case No. 9:01CV141
    United States District Court, Eastern District of Texas - Lufkin Division
    D (5/14/02)

Emma Montoya, Individually and as a Representative of the Estate of Juventino Montoya et al v. Custom Living, 5219 Lebranch Ltd., and 5P & KDJ Inc.;
    Cause No. 2001-18894
    80th Judicial District Court of Harris County, TX
    D (5/23/02)

Brian Jeffrey Brown, Ronald DeWayne Brown and Charlotte Jean Brown vs. Justin Industries Inc, Featherlite Building Products Corp., Featherlite Precast Corp and TK Products Division of Sierra Corp,
    Cause No. 95-3020-3
    74th Judicial District Court of McLennan County, TX
    D (5/28/02)

6

Received: 6/ 3/02 4:49PM;   Document 24    Filed in TXSD on 06/10/2002   Page 16 of 52   p. 12
Case 1:01-cv-00134    Document 24    Filed in TXSD on 06/10/2002   Page 16 of 52
JUN 03 2002 4:49PM   PURCELL SAFETY ENGINEERIN  9792646489   p.12

# PURCELL SAFETY ENGINEERING

2922 Camille Drive
College Station, Texas 77845
(979) 764-4411 • Fax (979) 764-6489

William W.R. Purcell, PE, CSP

## BIOGRAPHICAL DATA

**EDUCATION:**

Master of Science,  Safety Engineering, Texas A&M University, College Station, Texas, 5/92
* Industrial Safety Engineering
* Product Safety Engineering
* Systems Safety Engineering
* Safety Engineering in Facilities Design
* Human Factors and Ergonomics
* Human Operator in Complex Systems
* Worker Response in Environmental Stress
* Applications of Construction Law

Bachelor of Science,  Civil Engineering, Texas A&M University, College Station, Texas, 1/65

**REGISTRATIONS AND CERTIFICATIONS:**

Registered Professional Engineer, State of Texas, #60030
Certified Safety Professional (CSP), #12542

**EXPERIENCE:**  20 years Construction M'gmt., 20 years Consulting in Safety/Civil Engineering

Additional Areas of Particular Qualification:
* Construction and Industrial Safety Engineering and Accident Analysis
* Product Safety, Machine Guarding, Warnings and Instructions
* Facility/Premises Safety Programming and Hazard Analysis
* Construction and Industrial Fall Prevention and Protection Systems
* Site Owner / Outside Contractor / Subcontractor Responsibilities
* Contractual Responsibilities of Parties to Construction

Invited Guest Lecturer, Texas A&M University:
* Construction Site Safety
* Systems Approach to Occupational Safety
* Product Safety Applications
* Construction Contracts and Safety

**PROFESSIONAL SOCIETY MEMBERSHIPS:**

American Society of Safety Engineers (Professional Member)
National Safety Council
International Society for Fall Protection
System Safety Society

**PERSONAL:**
Birth date: 9-20-42
Marital Status: Married (4 children)
Height: 5'11"  Weight: 185
Website: http://www.safetyengineer.com

A Practice of Safety Engineering
Related to Construction and Industrial Workplaces, Products, Premises and Human Factors

**PURCELL, William, W.R., P.E., CSP**
Page 2

EXPERIENCE:

Principal Consultant - Purcell Safety Engineering, College Station, Texas, 1995-Present.
Safety engineering and safety management in construction and industrial work environments.
Multi-employer worksite safety. Product safety engineering through design, guarding,
warnings and instructions. Construction, industrial, and consumer product accident analysis.
Analysis of workplace hazards and accidents. Product hazard and design safety program
evaluations. Evaluation of safety plans for industrial and public facilities. Safety literature
research. Guest Lecturer, Safety Engineering, Texas A&M University.

Consultant and Professional Associate - (as above) Nelson & Associates, Bryan, TX, 1992-1995.

Consulting Engineer: D.B.A. William W. R. Purcell, P. E., Consultant,
a professional consulting services firm in safety, construction
management and engineering; 1988-92. Major projects/matters included:

   Safety Consultant services relating to construction site
   safety programs, product safety, contractual responsibilities, OSHA
   compliance and accident/hazard analysis.

   Construction Management Consultant for Facility Inspection,
   Contract Analysis and Reports; services spanning 3 years,
   related to litigation on an existing, five-story 90,000 sf
   office and retail building complex, College Station, Texas;
   Owner: savings and loan institution, Houston, TX.

   Construction Management Consultant on a contract for Facility
   Survey and Rehab Budgets, 129 government-owned structures at
   six locations, Texas, Arkansas, New Mexico and Oklahoma.

   Full Design and Construction Observation services for high
   energy-efficiency roof systems (replacement), 12 research
   buildings, College Station and Temple, TX ($835,000 total).

   Prime Design Consultant and Construction Observation services
   on numerous USDA-ARS maintenance/research facilities,
   including remodeling, site lighting, fire detection and alarm
   systems, parking surface expansion, College Station, TX.

Consulting Engineer-Associate: Walton & Associates, Consulting
Engineers, Inc., Bryan, Texas; 1982-1988:

   Associate-in-Charge: Master Plan effort and conceptual cost
   planning on 610-acre Bryan Business park, Bryan, Texas.

PURCELL, William, W.R., P.E., CSP
Page 3

EXPERIENCE: (cont'd)

<u>Consulting Engineer-Associate</u>:  Walton & Associates, Consulting
Engineers, Inc., Bryan, Texas; 1982-1988: (Cont'd)

   Associate-in-Charge:  Conceptual planning, cost
   projections, management of engineering design
   document production, construction observation and
   contract administration for 150-acre, Phase I of
   Bryan Business Park development, Bryan, Texas ($2.0 million).

   Associate-in-Charge:  Consultant services provided to the
   State of Texas, Attorney General's office, on six
   construction contract claims resulting from highway
   construction projects.  Claims totaled $10 million.

   Associate-in-Charge:  Construction management consulting
   services for $15 million bond issue CSISD construction program
   of five school projects, College Station, Texas.

   Associate-in-Charge:  Construction management and design
   coordination of renovation program on four research buildings,
   USDA-ARS federal agency complex, College Station, Texas.

<u>Construction Manager</u>:  Responsibilities and activities included
early design development, conceptual estimating, contract
negotiations, purchasing major subcontracts and construction
materials orders, Critical Path Method (CPM) scheduling, safety
management, processing change orders and contract claims and overall
management of project construction teams through completion.  Primarily
with three major general contractors, Henry C. Beck of Dallas (HCB),
Linbeck of Houston (LCC) and Blount Brothers of Montgomery, AL (BBC).

<u>Senior Project Manager (1977-82)</u>:

   1800 West Loop Tower, Houston, Texas (HCB)
   420,000 sf Office Building and 12-level Garage
   $25,000,000

PURCELL, William, W.R., P.E., CSP
Page 4


EXPERIENCE: (cont'd)

 Construction Manager: (cont'd)

  Senior Project Manager: (cont'd)

    Marshall Field's & Company, Houston, Texas (HCB)
    220,000 sf Retail Facility
    $11,350,000

    Hilton Hotel, Houston, Texas (HCB)
    309 Rooms and Public Facilities
    $9,000,000

    Scientific Placements, Inc., Houston, Texas (HCB)
    65,000 sf Office Complex
    $2,100,000

    Greenspoint Hotel, Houston, Texas (HCB)
    468 Rooms and Public Facilities
    $32,000,000 (Design Development Only)

 Director Operations and Manager of Iran Office (1975-77),
 Tehran, Iran, with international general contractor (LCC).

 Project Manager (1973-75):

    Western Geophysical Corporate Offices, Houston, TX (LCC)
    330,000 sf Building and Tape Storage Facility
    $10,000,000

    American Bank & Trust Building, Baton Rouge, Louisiana
    350,000 sf (24 floors) Office and Garage complex. (LCC)
    $12,000,000

    Wheat Securities Building (Interim Project Manager)
    Richmond, Virginia. (LCC)
    250,000 sf Office Building and Underground Garage
    $14,000,000

Received: 8/ 3/02 3:57PM; Document 24 9797846489 -> LAW OFFICE OF RICARDO ADOBBATI; Page 16
JUN 03 2002 4:50PM PURCELL SAFETY ENGINEERIN 9797846489 p.16

Case 1:01-cv-00134 Document 24 Filed in TXSD on 06/10/2002 Page 20 of 52

PURCELL, William, W.R., P.E., CSP
Page 5

EXPERIENCE: (cont'd)

Construction Manager: (cont'd)

Project Engineer (1970-73):

Dresser Tower, Houston, Texas (LCC)
1,200,000 sf (40-floor) Office Building and Garage
$36,000,000

Cullen Center Bank & Trust Lease, Houston, Texas (LCC)
$2,500,000

Two Shell Plaza, Houston, Texas (BBC)
350,000 sf (27-floor) Office Building and Garage
$15,000,000

Engineer/Assistant Superintendent (1969-70):

IBM Manufacturing Facility, Fishkill, New York (BBC)
300,000 sf; one level, computer chip manufacturing
facility, with high-tech labs and offices.
$10,000,000

Estimator (1968-69), corporate offices, Montgomery, AL (BBC)

SEMINARS ATTENDED:

Corporation Management, 1969, 1974, 1981
Construction Claims, 1986
Advanced Construction Claims, 1986
OSHA, Construction Safety, Fall Protection, TSA, 1991
OSHA, Fall Protection and Respiratory Equipment, TSA, 1995
OSHA, Construction Safety & Health, 10-hour, 1996
Implementation of (Process Plant) Contractor Safety Program, CMA/API, 1997
ASSE/TSA Safety Conference, 1999

MILITARY EXPERIENCE:

Captain, United States Army, Corps of Engineers, 293rd Engineer Battalion (Construction),
Germany. Served as Battalion Executive Officer, Operations Officer and held two
company commands. Served on numerous Courts Martial. Managed construction efforts
of 900-man battalion efforts, including rock crushing plant, road construction, munitions
storage facilities, heavy construction equipment use, bridge erection and earth projects.

JUC-85-2002-06-09134    Document 24 Filed in TXSD on 06/10/2002    Page 21 of 52
Madhavan Pisharodi MD

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: RODRIGUEZ,ROY          AGE: 39    ROOM#: VR.31    UNIT#: VR072096
DOCTOR: Pisharodi,Madhavan A.P.,MD   ADM: 08/23/01    DIS:

PATIENT NAME:        RODRIGUEZ, ROY

DATE OF OPERATION:        AUGUST 23, 2001

PREOPERATIVE DIAGNOSES:   L4-L5 AND L5-S1 DEGENERATIVE DISK DISEASE WITH SPINAL
                          INSTABILITY AND BILATERAL RADICULOPATHY LEFT WORSE THAN
                          RIGHT.

POSTOPERATIVE DIAGNOSES:  L4-L5 AND L5-S1 DEGENERATIVE DISK DISEASE WITH SPINAL
                          INSTABILITY AND BILATERAL RADICULOPATHY LEFT WORSE THAN
                          RIGHT.

OPERATION:                RE-EXPLORATION OF THE LUMBAR SPINE AND EXCISION OF SCAR
                          TISSUE.
                          L4-L5 AND S1 LAMINECTOMY AND DECOMPRESSION.
                          EXPLORATION OF FUSION FROM L5 TO S1.
                          REMOVAL OF L4 TO S1 POSTERIOR FUSION.
                          L4-5 AND L5-S1 BILATERAL FACETECTOMY AND FORAMINOTOMY.
                          BILATERAL L3, L4, L5 AND S1 NEUROLYSIS.
                          L4, L5, S1 POSTERIOR INSTRUMENTATION WITH TITANIUM PEDICLE
                          SCREW AND PLATES UNDER FLUOROSCOPY.
                          HARVESTING AND MORSELIZATION OF AUTOGRAFT.
                          BONE MARROW ASPIRATION FROM RIGHT ILIAC BONE.
                          L4-5 AND L5-S1 BILATERAL INTRATRANSVERSE FUSION WITH
                          AUTOGRAFT, ALLOGRAFT AND BONE MARROW.
                          BILATERAL L4-5 AND L5-S1 POSTEROLATERAL FUSION WITH
                          AUTOGRAFT, ALLOGRAFT AND BONE MARROW.
                          INTRAOPERATIVE MONITORING WITH SSCP, MEP, EMG AND PEDICLE
                          SCREWS TO STIMULATION.
                          LUMBAR DRAIN.

SURGEON:                  MADHAVAN PISHARODI, M.D.
ASSISTANT:

ANESTHESIA:
ANESTHESIOLOGIST:

INDICATION FOR SURGERY:
This is a 39-year-old male patient who had a lumbar diskectomy followed by lumbar
diskectomy with posterolateral and posterior fusion at L4-5 and L5-S1 levels in the
past. After the second surgery the patient did well for a while and then he started
having recurrent back pain and bilateral radiculopathy left worse than right. The
neurological examination was consistent with L5 and S1 radiculopathy  on the left side.
The MRI scan showed degenerative disk disease at L4-5 and L5-S1 levels with MRI findings

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: RODRIGUEZ,ROY          AGE: 39      ROOM#: VR.31      UNIT#: VR072096
DOCTOR: Pisharodi,Madhavan A.P.,MD    ADM: 08/23/01    DIS:


centimeters, complications none. The patient transferred in satisfactory condition to
the recovery room.


DD: 08/23/01 1840
DT: 08/24/01 1332
BXG

                                        ----------------------------
                                        Madhavan Pisharodi, A.P., MD



cc:


PATIENT CARE INQUIRY  **LIVE**  (PCI: OE Database COCVA)

Run: 08/24/01-14:22 by ACEVEDO,ANA M                        Page 3 of 3
                                                              TOTAL P.03

JUN-23-2001-06:00:34    Case 2001-cv-00134    Document 24-1    Filed in TXSD on 06/10/2002    Page 23 of 52    P.02

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: RODRIGUEZ,ROY          AGE: 39      ROOM#: VR.31      UNIT#: VR072096
DOCTOR: Pisharodi,Madhavan A.P.,MD   ADM: 08/23/01    DIS:

suggestive of instability. The fusion was noted from L4 to S1 bilaterally, but they appeared patchy and incomplete. It was felt that the patient has pseudoarthrosis from the fusion and has become symptomatic. When the conservative management he was advised reexploration, decompression, refusion and instrumentation. The risks and benefits of the surgery were explained in great detail before obtaining the informed consent. No guarantees were given. The risks of infection, bleeding, paralysis, cerebrospinal leak, persistent pain, recurrent disk problems, failure of fusion, failure of instrumentation, possible need for other surgeries and all other possible complications were explained. The patient considered all the risks involved and consented for the procedure without expecting any guarantees.

DESCRIPTION OF PROCEDURE:
The patient was anesthetized in the operating room and was positioned prone over chest strolls with flexion of lumbar spine. The back was shaved and prepared with Betadine soap and paint and the usual drapes were applied. A skin incision was made through the previous scar and the thoracolumbar fascia was incised around the spinous processes and the paraspinal muscles were retracted. There was thick scar tissue in the skin as well as in the subcutaneous plain and this was excised while making the skin incision. The fusion was explored and evaluated. There was pieces of hard bone from L4 transverse process to the sacrum disconnected at multiple areas more on the right side. Perfusion appeared even thinner and weaker on the right side. There was bone growing over the lamina from L4 to S1 again patchy. This fusion was removed and L4, L5 and S1 laminectomy were performed. S1 was a partial laminectomy. With this the dural sac was decompressed and the dural sac came out through the defect like it has been under compression. L4-L5 and L5-S1 facetectomy and foraminotomy were also done to decompress the nerve roots. There was extensive scar tissue formation and the L3, L4, L5 and S1 nerve roots were released from all the scar tissue and decompressed by meticulous sharp dissection. The posterolateral part of the fusion and the intratransverse fusion were incomplete, but the graft tissue was drilled to produce rough bleeding external surface for further bone grafting. The pedicle screws were then applied on L4-L5 and S1 levels under fluoroscopy. The transverse plates were 50 millimeters in length and the vertical plates were 65 millimeters in length. The knots were tightened and the instrumentation was completed. The harvested bone material was mixed with bone marrow and it was used for fusion on the left side where the fusion was found to be weaker. On the right side the fusion was done using allograft and bone marrow. The intratransverse and posterolateral fusions were done on both sides. Before doing the bone grafting, the wound was irrigated with antibiotic saline using the Pulsavac. After the fusion, hemostasis was achieved and the lumbar drain was applied. The bone marrow for the fusion was aspirated from the right iliac bone. Throughout the procedure intraoperative monitoring was done with SSCP, MEP, and EMG and pedicle screw stimulation was also done to make there was no contact between the screws and the nerve roots. The wound was then closed using 0-Vicryl for the thoracolumbar fascia, 0-Vicryl for the subcutaneous fat, 3-0 Vicryl for the subcutaneous tissue and staples for the skin. The estimated blood loss was about 500 cubic



**M. DHAVAN PISHARODI, M.D., A.**

942 Wildrose Lane • Brownsville, Texas 7852( -
Phone (956) 541-6725 • Fax (956) 541-2070
e-mail: Unniyettan @ aol.Com.

<table>
<tr><td>

**MADHAVAN PISHARODI, M.D.**

Certified by American Board of Neurological Surgery
Certified by American Board of Spine Surgery
Assistant Professor, Neurosurgery, UTMB, Galveston

</td><td>

**A. P. CHANDRAN. PhD**

Certified in Electrodiagnosis and Neurophysiologic
Intraoperative Monitoring

</td></tr>
</table>

February 6, 2001

Anchor Claims
P.O. Box 819045
Dallas, TX 75381

**Re:**      **ROY RODRIGUEZ**
**DOB:**      **4-11-62**
**SSN:**      **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**
**Employer:**      **Heggen Electric**
**DOI:**      **10-6-00**
**CHIEF COMPLAINT: Neck pain, bilateral arm pain and bilateral leg pain**
**FOLLOW-UP VISIT: 2/1/01**

To Whom It May Concern:

This 38-year-old male was seen by me on February 1, 2001 with regards to his neck, bilateral arm and bilateral
leg pain. At the present time, the patient states his neck pain is much worse. On a scale of 0-10, his neck pain
is 8 out of 10. He is also having lower back pain which on a scale of 0-10 is 7-8 out of 10. The medication
does help his back pain.

**NEUROLOGICAL EXAM:**
Neurological exam does not show any new deficits. He continues with diminished sensitivity of C5, C6, C7 on
the left and L4, L5 and S1 on the left. There is no muscle weakness or atrophy. Deep tendon reflexes are
bilaterally symmetrical and normal. Straight leg raise is positive at 50 degrees on the right and 15 degrees on
the left. Patient seems well oriented as to time, person and place and does not seem depressed. System review
shows the patient not to have any new complaints of any other major system.

**CURRENT MEDICATION:**
Celebrex 200mgs 1BID, Flexeril 10mgs 1TID and Darvocet-N 100 1Q4-6hrs PRN pain.

**PLAN:**
I have scheduled the patient for surgery on February 22, 2001. He is to come in for pre-operative instruction
and information on February 15, 2001. I have recommended a three-level cervical diskectomy, fusion and
instrumentation.

If you should have any questions regarding this patient, please do not hesitate to contact me.

Yours sincerely,

**MADHAVAN PISHARODI, M.D**

Madhaven Pisharodi, M.D.
Neurosurgeon
MP/ma

**DO NOT RELEASE TO THIRD PARTY**

THIS LETTER HAS BEEN DICTATED BY
MADHAVAN PISHARODI, M.D. BUT NOT
READ AND IS SUBJECT TO DICTATION
AND TRANSCRIPTION VARIANCE



# MADHAVAN PISHARODI, M.D., P.A.

942 Wildrose Lane • Brownsville, Texas 78520
Phone (956) 541-6725 • Fax (956) 541-2070
e-mail: Unniyettan @ aol.Com.

**MADHAVAN PISHARODI, M.D.**
Certified by American Board of Neurological Surgery
Certified by American Board of Spine Surgery
Assistant Professor, Neurosurgery. UTMB. Galveston

**A. P. CHANDRAN. PhD**
Certified in Electrodiagnosis and Neurophysiologic
Intraoperative Monitoring

February 6, 2001

Anchor Claims
P.O. Box 819045
Dallas, TX 75381

| | |
|---|---|
| **Re:** | **ROY RODRIGUEZ** |
| **DOB:** | **4-11-62** |
| **SSN:** | **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** |
| **Employer:** | **Heggen Electric** |
| **DOI:** | **10-6-00** |

**CHIEF COMPLAINT: Neck pain, bilateral arm pain and bilateral leg pain**
**FOLLOW-UP VISIT: 2/1/01**

To Whom It May Concern:

This 38-year-old male was seen by me on February 1, 2001 with regards to his neck, bilateral arm and bilateral leg pain. At the present time, the patient states his neck pain is much worse. On a scale of 0-10, his neck pain is 8 out of 10. He is also having lower back pain which on a scale of 0-10 is 7-8 out of 10. The medication does help his back pain.

**NEUROLOGICAL EXAM:**
Neurological exam does not show any new deficits. He continues with diminished sensitivity of C5, C6, C7 on the left and L4, L5 and S1 on the left. There is no muscle weakness or atrophy. Deep tendon reflexes are bilaterally symmetrical and normal. Straight leg raise is positive at 50 degrees on the right and 15 degrees on the left. Patient seems well oriented as to time, person and place and does not seem depressed. System review shows the patient not to have any new complaints of any other major system.

**CURRENT MEDICATION:**
Celebrex 200mgs 1BID, Flexeril 10mgs 1TID and Darvocet-N 100 1Q4-6hrs PRN pain.

**PLAN:**
I have scheduled the patient for surgery on February 22, 2001. He is to come in for pre-operative instruction and information on February 15, 2001. I have recommended a three-level cervical diskectomy, fusion and instrumentation.

If you should have any questions regarding this patient, please do not hesitate to contact me.

Yours sincerely,

**MADHAVAN PISHARODI, M.D**

Madhavan Pisharodi, M.D.
Neurosurgeon
MP/ma

**DO NOT RELEASE TO THIRD PARTY**

THIS LETTER HAS BEEN DICTATED BY
MADHAVAN PISHARODI, M.D. BUT NOT
READ AND IS SUBJECT TO DICTATION
AND TRANSCRIPTION VARIANCE



## MADHAVAN PISHARODI, M.D., P.A.

942 Wildrose Lane • Brownsville, Texas 78520
Phone (956) 541-6725 • Fax (956) 541-2070
e-mail: Unniyettan @ aol.Com.

**MADHAVAN PISHARODI, M.D.**
Certified by American Board of Neurological Surgery
Certified by American Board of Spine Surgery
Assistant Professor, Neurosurgery, UTMB, Galveston

**A. P. CHANDRAN, PhD**
Certified in Electrodiagnosis and Neurophysiologic
Intraoperative Monitoring

December 1, 20000

Anchor Claims
P.O. Box 819045
Dallas, TX 75381

Re:        **ROY RODRIGUEZ**
DOB:       **4-11-62**
SSN:       **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**
Employer:  **Heggen Electric**
DOI:       **10-6-00**
CHIEF COMPLAINT: Neck pain, bilateral arm pain and bilateral leg pain
FOLLOW-UP VISIT: 11/21/00

To Whom It May Concern:

This 38-year-old male was seen by me on November 21, 2000 with regards to his neck and bilatearal leg pain. At the present time, the patient he is ready to have his three-level cervical surgery. He has come to pick his second opinion doctor. He has reviewed the list of doctors and has decided to have Dr. Pacheco be hi second opinion. On a scale of 0-10, his pain is 8-9 out of 10.

**NEUROLOGICAL EXAM:**
Neurological exam does not show any new changes. He continues with diminished sensitivity of L4, L5, S1, C5, C6 and C7 on the left. There is no muscle weakness or atrophy. Deep tendon reflexes are bilaterally symmetrical and normal. Patient seems well oriented as to time, person and place and does not seem depressed. System review shows the patient not to have complaints of any other major system.

**CURRENT MEDICATION:**
Flexeril 1 TID, Ultram 50mgs 1 TID and Vioxx 25mgs 1 QD.

**PLAN:**
I would like the patient to use a soft cervical collar. He may go to his second opinion with Dr. Pacheco. I am removing the Ultram and giving him Darvocet-N 100.

**DIAGNOSIS:**
Chronic neck pain, cervical degenerative disk disease, cervical canal stenosis, lower back pain, lumbar degenerative disk disease and lumbar sacral radiculopathy

If you should have any questions regarding this patient, please do not hesitate to contact me.

Yours sincerely,

Madhavan Pisharodi, M.D.
Neurosurgeon
MP/ma

DO NOT RELEASE TO THIRD PARTY
THIS LETTER HAS BEEN DICTATED B
MADHAVAN PISHARODI, M.D. BUT NO
READ AND IS SUBJECT TO DICTATIO
AND TRANSCRIPTION VARIANCE



# MADHAVAN PISHARODI, M.D., P.A.

942 Wildrose Lane • Brownsville, Texas 78520
Phone (956) 541-6725 • Fax (956) 541-2070
e-mail: Unniyettan @ aol.Com.

**MADHAVAN PISHARODI, M.D.**
Certified by American Board of Neurological Surgery
Certified by American Board of Spine Surgery
Assistant Professor, Neurosurgery, UTMB, Galveston

**A. P. CHANDRAN, PhD**
Certified in Electrodiagnosis and Neurophysiologic
Intraoperative Monitoring

November 10, 2000

Anchor Claims
P.O. Box 819045
Dallas, TX 75381

| | |
|---|---|
| **Re:** | **ROY RODRIGUEZ** |
| **DOB:** | **4-11-62** |
| **SSN:** | **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** |
| **Employer:** | **Heggen Electric** |
| **DOI:** | **10-6-00** |

**CHIEF COMPLAINT: Neck pain and bilateral arm pain and bilateral leg pain**

**FOLLOW-UP VISIT: 11/6/00**

To Whom It May Concern:

This 38-year-old male was seen by me on November 6, 2000 with regards to his lower back and neck pain. At the present time, the patient states his neck pain is unchanged, as well as his lower back pain. He continues with intense pain to both areas.

**SPECIAL STUDIES:**
I have reviewed his cervical spine MRI and it shows a C6-7 greater than a C5-6 degenerative disk disease with cervical canal stenosis. His lumbar spine MRI shows an L5-S1 narrow disk and L4-5 and L5-S1 degenerative disk disease. I have recommended the patient have cervical spine surgery before he has lumbar spine. I feel he will benefit from a three-level cervical diskectomy, fusion and instrumentation. Patient is requesting a second opinion. I concur with the need for second opinion.

**NEUROLOGICAL EXAM:**
Neurological exam shows diminished sensitivity of L4, L5 and S1, C5, C6 and C7 on the left. There is no muscle weakness or atrophy. Deep tendon reflexes are bilaterally symmetrical and normal. Straight leg raise is positive at 50 degrees on the right and 15 degrees on the left. Patient seems well oriented as to time, person and place and does not seem depressed. System review shows the patient not to have complaints of any other major system.

**PLAN:**
I would like to see the patient back in my office in one week so that he can choose his second opinion doctor.

**DIAGNOSIS:**
Low back pain, lumbar degenerative disk disease, neck pain, cervical degenerative disk disease, cervical canal stenosis, cervical radiculopathy and lumbar sacral radiculopathy

If you should have any questions regarding this patient, please do not hesitate to contact me.

Yours sincerely,

Madhavan Pisharodi, M.D.
Neurosurgeon

MP/ma

DO NOT BE
DO NOT RELEASE TO THIRD PARTY



# MADHAVAN PISHARODI, M.D., P.A.

942 Wildrose Lane • Brownsville, Texas 78520
Phone (956) 541-6725 • Fax (956) 541-2070
e-mail: Unniyettan @ aol.Com.

**MADHAVAN PISHARODI, M.D.**
Certified by American Board of Neurological Surgery
Certified by American Board of Spine Surgery
Assistant Professor, Neurosurgery, UTMB, Galveston

**A. P. CHANDRAN, PhD**
Certified in Electrodiagnosis and Neurophysiologic
Intraoperative Monitoring

October 16, 2000

| | |
|---|---|
| **Re:** | **ROY RODRIGUEZ** |
| **DOB:** | **4-11-62** |
| **SSN:** | **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** |
| **Employer:** | **Heggen Electric** |
| **DOI:** | **10-6-00** |

**CHIEF COMPLAINT:**

**REFERRED BY: ER BMC**

**INITIAL VISIT: 10/10/00**

To Whom It May Concern:

This 38-year-old male was seen by me on October 10, 2000 with regards to his lower back and bilateral leg pain and neck pain and bilateral arm pain. Patient states that on October 6, 2000 he was coming down a man lift type elevator and a pipe swiveled and the patient fell and hit his back and head on a metal floor. His lower back pain radiates to both his legs, left more than right. He has numbness, tingling and weakness to both legs. Sitting and walking are painful. His back pain is greater than his leg pain. On a scale of 0-10, his pain is 10 out of 10. He also has left buttocks pain which is quite intense. Patient does have a history of having the back surgery done in 1995 and 1996. The patient did very well after his back surgery and was back to work and doing well until the date of his accident. He is also complaining of neck pain which is very intense and radiates to both shoulders and arms with tingling, numbness and weakness to both arms. On a scale of 0-10, his pain is 10 out of 10. He has recently noticed urinary dribbling which is something new.

**SYSTEM REVIEW:**
The patient in general has poor health. He does complain of neck pain and headaches. She has good vision and good hearing. There is no history of any respiratory problems. His bowel movements are regular. He does have urinary dribbling which is something new. There is no history of any hematological or psychiatric problems.

**CURRENT MEDICATION:**
Advil and Aleve

**PAST MEDICAL/SOCIAL HISTORY:**
The patient has not suffered from any major illnesses in the past. He is not allergic to any medicine.

His surgeries include a simple laminectomy in 1985 with Dr. Adobbati and Dr. Kuri, a fusion laminectomy in 1996 also by Dr. Adobbati and Dr. Kuri, an appendectomy surgery, a lymph biopsy that was benign, a stab wound exploratory laparatomy and suture to his eye after a foreign body was excised. He smokes at least one pack of cigarettes per day but does not drink. He has tattoos to his right arm and chest. He has never had a blood transfusion.

## FAMILY HISTORY:
He is married and has two daughters that are all alive and well. His mother is alive at the age of 75 and diabetic. His father is alive at the age of 78 and diabetic with hypertension. He ignores the cause of death of his paternal grandparents. His maternal grandmother died of natural causes and his grandfather was murdered. He has five sisters and seven brothers that are alive and well.

## PHYSICAL EXAMINATION:
Reveals a well-developed 38-year-old male who is well groomed. He is alert and well oriented. His blood pressure is 88/71, pulse 80 per minute, weight 184lbs and height 5' 10". Pulses are palpable in all four extremities. There is no obvious swelling, edema or deformity noted to any of the extremities. His heart sounds are regular and rhythmic. His lungs are clear. There are no cafe au lait spots, nevi or birthmarks noted. The patient is noted to be sitting in a very uncomfortable position.

## NEUROLOGICAL EXAM:
Neurological exam shows diminished sensitivity to pinprick at L4, L5 and S1, C5, C6 and C7 on the left. There is no weakness. Deep tendon reflexes are bilaterally symmetrical and normal in both upper and lower limbs. Straight leg raise is positive at 50 degrees on the right and 15 degrees on the left.

## PLAN:
I would like to recommend the patient have an MRI of the cervical spine and of the L-spine along with cervical spine X-rays. I am recommending he initiate with the medication Vioxx 25mgs 1QD, Flexeril 10mgs 1TID and Tylenol #3 1Q4-6hrs PRN pain. I would like to see the patient back in my office in one week with these films and X-rays.

## DIAGNOSIS:
Low back pain, lumbar radiculopathy, neck pain and cervical radiculopathy

If you should have any questions regarding this patient, please do not hesitate to contact me.

Yours sincerely,

Madhavan Pisharodi, M.D.
Neurosurgeon

MP/ma

DO NOT RELEASE TO THIRD PARTY

THIS LETTER HAS BEEN DICTATED BY
... BUT NOT
... DICTATION
...

Data 3 Control Equipment FAX809 2    Bsy Area Healthcar    956 541 2050    JJ OCT 00 15:44

VALLEY REGIONAL MEDICAL CENTER       NAME: RODRIGUEZ,ROY ANTHONY
MAIN FACILITY                        PHYS: Pisharodi,Madhavan M.D.
100A ALTON GLOOR BLVD                DOB: 04/11/1962    AGE: 38        SEX: M
BROWNSVILLE, TEXAS 78521             ACCT: VR99731625 LOC: VR.MRI
PHONE #: (956)350-7525               EXAM DATE: 10/27/2000 STATUS: REG CLI
  FAX #: (956)350-7526               RADIOLOGY NO:
                                     UNIT NO: VR072096


       EXAMS: 000138788 MRI LUMBAR SPINE W/O CONTRAST

     *** ORIGINAL SIGNED REPORT: 10/28/2000
     EXAMS:   000138787 MRI CERVICAL WO CONTRAST,
              000138788 MRI LUMBAR SPINE W/O CONTRAST,
              000138789 CERVICAL SPINE

CERVICAL SPINE COMPLETE:

A mild lordotic curve is seen.  The C6/C7 interspace is narrowed
and there is anterior spur-like formation present.  Other disc
spaces are maintained well.  The dorsal processes are intact.
The neuroforamen on the right side at C5/C6 is somewhat small due
to bony structures and it is also somewhat small on the left side
as well at the C6/C7 level.  The odontoid is intact.

IMPRESSION:  THE NEUROFORAMINA AT C6/C7 IS SMALL MOSTLY
             ENCROACHMENT BY BONY STRUCTURES IT WOULD APPEAR
             BILATERALLY.

LUMBAR SPINE TWO VIEWS:  No abnormal curvature is seen other than
positional change.  The L4/L5 interspace is narrowed.  The
sacroiliac space is fairly markedly narrowed.  No vertebral
compression fractures are found.  The processes and pedicles
appear intact.

IMPRESSION:  DEGENERATIVE NARROWING AT L4/L5 AND L5/S1 DISC
             SPACES.

MRI CERVICAL SPINE:  T1 and T2 sagittal scans and T1 axial scan
acquisitions were made through the cervical spine.  A T1 coronal
scan also was obtained.

The alignment of the vertebrae is normal with a lordotic curve.
No evidence of traumatic injury is seen.  There is mild bulge of
the annulus at C4/C5 but no distinct herniation of the disc is
seen at that level.  The bulge does not extend to the cord.

At C6/C7 there is also a posterior bulge which is predominantly
bony and ligamentous and not specifically disc.  This also
approaches the cord as well.  The interspace is irregular and

Data & Control Equipment  FAX          Bay Area Heal    +1 956 541 7070       33 OCT 00 13:44

VALLEY REGIONAL MEDICAL CENTER
MAIN FACILITY
100A ALTON GLOOR BLVD
BROWNSVILLE, TEXAS 78521
PHONE #: (956)350-7525
  FAX #: (956)350-7526

NAME: RODRIGU.  ROY ANTHONY
PHYS: Pisharodi,Madhavan M.D.
DOB: 04/11/1962   AGE: 38     SEX: M
ACCT: VR99731625 LOC: VR.MRI
EXAM DATE: 10/27/2000 STATUS: REG CLI
RADIOLOGY NO:
UNIT NO: VRO72096

EXAMS: 000138788 MRI LUMBAR SPINE W/O CONTRAST
<Continued>

narrowed with degenerative change and the foramina appear
partially encroached upon by the bony structures mainly. This is
most prominently seen at C6/C7 level on the axial scans to the
left.

IMPRESSION:

1.  AT C4/C5 LEVEL THERE IS A MILD ANNULAR PROTRUSION POSTERIORLY
    WHICH DOES NOT EXTEND TO THE CORD.

2.  AT C6/C7 LEVEL THE DISC IS DEGENERATED AND NARROWED.
    THERE IS SOME POSTERIOR BULGING WHICH APPEARS TO BE MAINLY
    BONE BILATERALLY.  A SMALL AMOUNT OF DISC MAY BE PRESENT
    BUT IT DOES NOT HERNIATE TO THE CORD.  ON THE AXIAL SCANS
    THE PROMINENCE OF THE VERTEBRAE IS SEEN TO THE LEFT SIDE MORE
    THAN THE RIGHT.

MRI LUMBAR SPINE:  Acquisitions T1 and T2 sagittal
and T1 axial scans plus T1 coronal.

The sagittal scans show the intervertebral discs to be maintained
well at L1/L2, L2/L3, L3/L4 levels.  There is narrowing and some
desiccation at L4/L5 and L5/S1 disc spaces.  The posterior
ligament is seen.  No specific disc herniation is evident.  Only
a mild annular bulge is produced.  The lateral foramina appear to
be maintained satisfactorily.  No disc protrusions on the axial
scan is seen.

IMPRESSION:  THERE IS DEGENERATIVE CHANGE AT L4/L5 AND L5/S1
             DISC SPACES.  NO SPECIFIC DISC HERNIATION IS FOUND.

        ** Electronically Signed by Ivan Doyle Siddons **
        **           on 10/28/2000 at 1959            **
             Reported by: IVAN D. SIDDONS, M.D.
             Signed by:   Siddons,Ivan Doyle

        ADDENDUM - 10/28/2000 SIGNED 10/30/2000

Case 1:01-cv-00104  Document 24  Filed in TXSD on 06/19/2002  Page 33 of 52

VALLEY REGIONAL _DICAL CENTER
MAIN FACILITY
100A ALTON GLOOR BLVD
BROWNSVILLE, TEXAS 78521
PHONE #: (956)350-7525
  FAX #: (956)350-7526

NAME: RODRIGU. ROY ANTHONY
PHYS: Pisharodi,Madhavan M.D.
DOB: 04/11/1962   AGE: 38      SEX: M
ACCT: VR99731625 LOC: VR.MRI
EXAM DATE: 10/27/2000 STATUS: REG CLI
RADIOLOGY NO:
UNIT NO: VRO72096

EXAMS: 000138788 MRI LUMBAR SPINE W/O CONTRAST
<Continued>

ADDENDUM TO MRI LUMBAR SPINE REPORT:  000138788 MRI/LSN

Examinations were performed pre and post gadolinium.

The examinations are marred by motion artifact, especially on the
post gadolinium T1W axial sequences.

There are extensive surgical changes at L5/S1 and L4/L5 with
apparent previous discectomies, probable left L5 minilaminotomy
and possible left L4 minilaminotomy.  There are suggestions of
some residual fusion material on the left.  It does not appear
that solid fusions have been achieved, however.  Both L5 and L4
show suggestion of prior discectomy.  There is slight flattening
of the lumbar lordotic curve.  There is no spondylolysis or
spondylolisthesis.

The operative sites show satisfactory appearance with
circumferential enhancing epidural fibrosis but no evidence of
mass effect and no specific indication of residual recurrent
disc herniation.  The spinal canal is small at L4/L5 level
without frank spinal or foraminal stenosis.

CONCLUSION:

1.  OVERALL SATISFACTORY POST SURGICAL APPEARANCE OF
    DISCECTOMIES AND LAMINOTOMIES.

2.  NO INTACT FUSION MASS IS SEEN ON EITHER SIDE SUGGESTING THAT,
    IF A FUSION WAS ATTEMPTED, IT HAS NOT BEEN SUCCESSFUL UNLESS
    IT IS POSSIBLY AT L5/S1, LEFT ONLY.

   ** Electronically Signed by Richard Fremaux on 10/30/2000 at 0718 **
                  Reported by: RICHARD L FREMAUX, M D
                  Signed by:   Fremaux,Richard
                  DICTATED DATE/TIME: 10/28/2000 (1727)
                  TRANSCRIBED: 10/28/2000 (2225) VRHIM.BJD

Data & Control Equipment  Fx1804 2                     Bay Area Healthcare  956 541 2342           30 OCT 00 11:45

VALLEY REGIONAL   _DICAL CENTER      NAME: RODRIGU_  ROY ANTHONY
MAIN FACILITY                        PHYS: Pisharodi,Madhavan M.D.
100A ALTON GLOOR BLVD                DOB: 04/11/1962    AGE: 38       SEX: M
BROWNSVILLE, TEXAS 78521             ACCT: VR99731625 LOC: VR.MRI
PHONE #: (956)350-7525               EXAM DATE: 10/27/2000 STATUS: REG CLI
   FAX #: (956)350-7526              RADIOLOGY NO:
                                     UNIT NO: VR072096


        EXAMS: 000138788 MRI LUMBAR SPINE W/O CONTRAST
        <Continued>


CC: Madhavon Pisharodi M.D.

DICTATED DATE/TIME: 10/28/2000 (1727)
TECHNOLOGIST: DAVID MATA, R T
TRANSCRIBED DATE/TIME: 10/28/2000 (2225)
TRANSCRIPTIONIST: VRHIM.BJD
ELECTRONIC SIGNATURE DATE/TIME: 10/30/2000 (0718)
PRINTED DATE/TIME: 10/30/2000 (0718)

PAGE 4                Signed Addendum

VALLEY REGIONAL MEDICAL CENTER     NAME: RODRIGUEZ,ROY ANTHONY
MAIN FACILITY                      PHYS: Pisharodi,Madhavan M.D.
100A ALTON GLOOR BLVD              DOB: 04/11/1962    AGE: 38      SEX: M
BROWNSVILLE, TEXAS 78521           ACCT: VR99731625 LOC: VR.MRI
PHONE #: (956)350-7525             EXAM DATE: 10/27/2000 STATUS: REG CLI
  FAX #: (956)350-7526             RADIOLOGY NO:
                                   UNIT NO: VR072096


**** REPORT HAS BEEN AMENDED ****

EXAMS: 000138787 MRI CERVICAL WO CONTRAST,
       000138788 MRI LUMBAR SPINE W/O CONTRAST,
       000138789 CERVICAL SPINE

CERVICAL SPINE COMPLETE:

A mild lordotic curve is seen.  The C6/C7 interspace is narrowed
and there is anterior spur-like formation present.  Other disc
spaces are maintained well.  The dorsal processes are intact.
The neuroforamen on the right side at C5/C6 is somewhat small due
to bony structures and it is also somewhat small on the left side
as well at the C6/C7 level.  The odontoid is intact.

IMPRESSION:  THE NEUROFORAMINA AT C6/C7 IS SMALL MOSTLY
             ENCROACHMENT BY BONY STRUCTURES IT WOULD APPEAR
             BILATERALLY.

LUMBAR SPINE TWO VIEWS:  No abnormal curvature is seen other than
positional change.  The L4/L5 interspace is narrowed.  The
sacroiliac space is fairly markedly narrowed.  No vertebral
compression fractures are found.  The processes and pedicles
appear intact.

IMPRESSION:  DEGENERATIVE NARROWING AT L4/L5 AND L5/S1 DISC
             SPACES.

MRI CERVICAL SPINE:  T1 and T2 sagittal scans and T1 axial scan
acquisitions were made through the cervical spine.  A T1 coronal
scan also was obtained.

The alignment of the vertebrae is normal with a lordotic curve.
No evidence of traumatic injury is seen.  There is mild bulge of
the annulus at C4/C5 but no distinct herniation of the disc is
seen at that level.  The bulge does not extend to the cord.

At C6/C7 there is also a posterior bulge which is predominantly
bony and ligamentous and not specifically disc.  This also
approaches the cord as well.  The interspace is irregular and
narrowed with degenerative change and the foramina appear
partially encroached upon by the bony structures mainly.  This is
most prominently seen at C6/C7 level on the axial scans to the

PAGE 1            Signed Report Printed From PCI     (CONTINUED)

**VALLEY REGIONAL MEDICAL CENTER**     NAME: RODRIGUEZ,ROY ANTHONY
**MAIN FACILITY**                     PHYS: Pisharodi,Madhavan M.D.
**100A ALTON GLOOR BLVD**              DOB: 04/11/1962   AGE: 38      SEX: M
**BROWNSVILLE, TEXAS 78521**           ACCT: VR99731625 LOC: VR.MRI
**PHONE #: (956)350-7525**             EXAM DATE: 10/27/2000 STATUS: REG CLI
**FAX #: (956)350-7526**               RADIOLOGY NO:
                                       UNIT NO: VR072096


## ** REPORT HAS BEEN AMENDED **

EXAMS: 000138787 MRI CERVICAL WO CONTRAST,
       000138788 MRI LUMBAR SPINE W/O CONTRAST,
       000138789 CERVICAL SPINE
<Continued>

left.

IMPRESSION:

1. AT C4/C5 LEVEL THERE IS A MILD ANNULAR PROTRUSION POSTERIORLY
   WHICH DOES NOT EXTEND TO THE CORD.

2. AT C6/C7 LEVEL THE DISC IS DEGENERATED AND NARROWED.
   THERE IS SOME POSTERIOR BULGING WHICH APPEARS TO BE MAINLY
   BONE BILATERALLY.  A SMALL AMOUNT OF DISC MAY BE PRESENT
   BUT IT DOES NOT HERNIATE TO THE CORD.  ON THE AXIAL SCANS
   THE PROMINENCE OF THE VERTEBRAE IS SEEN TO THE LEFT SIDE MORE
   THAN THE RIGHT.

MRI LUMBAR SPINE:  Acquisitions T1 and T2 sagittal
and T1 axial scans plus T1 coronal.

The sagittal scans show the intervertebral discs to be maintained
well at L1/L2, L2/L3, L3/L4 levels.  There is narrowing and some
desiccation at L4/L5 and L5/S1 disc spaces.  The posterior
ligament is seen.  No specific disc herniation is evident.  Only
a mild annular bulge is produced.  The lateral foramina appear to
be maintained satisfactorily.  No disc protrusions on the axial
scan is seen.

IMPRESSION:  THERE IS DEGENERATIVE CHANGE AT L4/L5 AND L5/S1
             DISC SPACES.  NO SPECIFIC DISC HERNIATION IS FOUND.


            ** Electronically Signed by Ivan Doyle Siddons **
            **          on 10/28/2000 at 1959              **
                 Reported by: IVAN D. SIDDONS, M.D.
                 Signed by:  Siddons,Ivan Doyle

            ADDENDUM - 10/28/2000 SIGNED 10/30/2000


PAGE 2              Signed Report Printed From PCI    (CONTINUED)

VALLEY REGIONAL MEDICAL CENTER          NAME: RODRIGUEZ,ROY ANTHONY
MAIN FACILITY                           PHYS: Pisharodi,Madhavan M.D.
100A ALTON GLOOR BLVD                   DOB: 04/11/1962    AGE: 38      SEX: M
BROWNSVILLE, TEXAS 78521                ACCT: VR99731625 LOC: VR.MRI
PHONE #: (956)350-7525                  EXAM DATE: 10/27/2000 STATUS: REG CLI
  FAX #: (956)350-7526                  RADIOLOGY NO:
                                        UNIT NO: VR072096


### ** REPORT HAS BEEN AMENDED **

   EXAMS: 000138787 MRI CERVICAL WO CONTRAST,
          000138788 MRI LUMBAR SPINE W/O CONTRAST,
          000138789 CERVICAL SPINE
   <Continued>

   ADDENDUM TO MRI LUMBAR SPINE REPORT:   000138788 MRI/LSN

Examinations were performed pre and post gadolinium.

The examinations are marred by motion artifact, especially on the
post gadolinium T1W axial sequences.

There are extensive surgical changes at L5/S1 and L4/L5 with
apparent previous discectomies, probable left L5 minilaminotomy
and possible left L4 minilaminotomy.  There are suggestions of
some residual fusion material on the left.  It does not appear
that solid fusions have been achieved, however.  Both L5 and L4
show suggestion of prior discectomy.  There is slight flattening
of the lumbar lordotic curve.  There is no spondylolysis or
spondylolisthesis.

The operative sites show satisfactory appearance with
circumferential enhancing epidural fibrosis but no evidence of
mass effect and no specific indication of residual recurrent
disc herniation.  The spinal canal is small at L4/L5 level
without frank spinal or foraminal stenosis.

CONCLUSION:

1.  OVERALL SATISFACTORY POST SURGICAL APPEARANCE OF
    DISCECTOMIES AND LAMINOTOMIES.

2.  NO INTACT FUSION MASS IS SEEN ON EITHER SIDE SUGGESTING THAT,
    IF A FUSION WAS ATTEMPTED, IT HAS NOT BEEN SUCCESSFUL UNLESS
    IT IS POSSIBLY AT L5/S1, LEFT ONLY.


   ** Electronically Signed by Richard Fremaux on 10/30/2000 at 0718 **
               Reported by: RICHARD L FREMAUX, M D
               Signed by:   Fremaux,Richard
               DICTATED DATE/TIME: 10/28/2000 (1727)

PAGE 3              Signed Report Printed From PCI    (CONTINUED)

```
VALLEY REGIONAL MEDICAL CENTER    NAME: RODRIGUEZ,ROY ANTHONY
MAIN FACILITY                     PHYS: Pisharodi,Madhavan M.D.
100A ALTON GLOOR BLVD             DOB: 04/11/1962   AGE: 38      SEX: M
BROWNSVILLE, TEXAS 78521          ACCT: VR99731625 LOC: VR.MRI
PHONE #: (956)350-7525            EXAM DATE: 10/27/2000 STATUS: REG CLI
  FAX #: (956)350-7526            RADIOLOGY NO:
                                  UNIT NO: VR072096
```

### ** REPORT HAS BEEN AMENDED **

```
   EXAMS: 000138787 MRI CERVICAL WO CONTRAST,
          000138788 MRI LUMBAR SPINE W/O CONTRAST,
          000138789 CERVICAL SPINE
  <Continued>

              TRANSCRIBED: 10/28/2000 (2225) VRHIM.BJD
```

```
CC: Madhavon Pisharodi M.D.

DICTATED DATE/TIME: 10/28/2000 (1132)
TECHNOLOGIST: OSCAR MARTINEZ, R T
TECHNOLOGIST: DAVID MATA, R T
TRANSCRIBED DATE/TIME: 10/28/2000 (1253)
TRANSCRIPTIONIST: VRHIM.BJD/VRHIM.BJD
ELECTRONIC SIGNATURE DATE/TIME: 10/28/2000 (1959)
PRINTED DATE/TIME: 11/05/2000 (1220)   BATCH NO: N/A

PAGE 4              Signed Report Printed From PCI
```

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: FLORES,CONSUELO R          AGE: 72      ROOM#: VR.30      UNIT#: VR074174
DOCTOR: Pisharodi,Madhavan M.D.          ADM: 11/22/00      DIS: 11/26/00

patient considered all the risks involved and consented for the procedure without
expecting any guarantees.

DESCRIPTION OF OPERATION:
The patient was anesthetized in the operating room and was positioned prone over chest
rolls with flexion of the lumbar spine.  Back was shaved and prepared with Betadine soap
and paint and the usual drapes were applied.  A skin incision was made through the
previous scar for a total length of about 6 inches and the thoracolumbar fascia was
exposed.  Scar tissue was excised in the process.  The thoracolumbar fascia was incised
on either side of L3, L4, L5 and S1 spinous processes and the paraspinous muscles were
retracted.  Self retaining retractors were applied.  There was extensive scar tissue
over this area which was excised.  Partial L3/L4 and partial L5 laminectomies were done
and bilateral L4/5 facetectomy and foraminotomy were also done.  There was thick scar
tissue around the nerve roots and detailed L4 and L5 neurolysis was done bilaterally.
Pedicle screws were then applied on L4 and L5 pedicles on both sides.  Some 45 mm 5.5 mm
screws were used on all four locations.  A 60 mm plate and 55 mm plate were used to
connect the screws and 32 mm vertical plates were used.  Bolts and the nuts were
tightened.  The instrumentation was found to be adequate and satisfactory.  The entire
instrumentation was done under fluoroscopy.  Intraoperative monitoring with EMG, SSEP
and MEP was done throughout the procedure and pedicle screw stimulation was also done.
The bone harvested during decompression was morcellized and it was mixed with bone
marrow aspirated from the right iliac bone.  The L4 and L5 transverse processes were
already dissected free of muscles and prepared for fusion by decortication.   After
irrigating the wound with antibiotic saline using Pulsavac, posterolateral fusion and
intertransverse fusion were done using autograft and bone marrow on the right side and
autograft, allograft and bone marrow on the left side.   Hemostasis was achieved and the
lumbar drain was applied.   The wound was closed using #0 Vicryl for thoracolumbar
fascia, #0 Vicryl for subcutaneous fat, 3-0 Vicryl for subcutaneous tissue and staples
for the skin.   Estimated blood loss - about 500 cc.  Complications - none.
Astramorph 4 mg was sprayed around the nerve roots and 30 cc of 1/2% Marcaine was
injected along the incision line.  The patient was transferred in a satisfactory
condition to the recovery room.


DD: 11/26/00 1222
DT: 11/26/00 2216
OBG


                                          ----------------------------
                                          Madhavan Pisharodi, M.D.



cc:


PATIENT CARE INQUIRY  **LIVE** (PCI: OE Database COCVA)

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: FLORES,CONSUELO R          AGE: 72      ROOM#: VR.30    UNIT#: VR074174
DOCTOR: Pisharodi,Madhavan M.D.          ADM: 11/22/00      DIS: 11/26/00

patient considered all the risks involved and consented for the procedure without
expecting any guarantees.

DESCRIPTION OF OPERATION:
The patient was anesthetized in the operating room and was positioned prone over chest
rolls with flexion of the lumbar spine.  Back was shaved and prepared with Betadine soap
and paint and the usual drapes were applied.  A skin incision was made through the
previous scar for a total length of about 6 inches and the thoracolumbar fascia was
exposed.  Scar tissue was excised in the process.  The thoracolumbar fascia was incised
on either side of L3, L4, L5 and S1 spinous processes and the paraspinous muscles were
retracted.  Self retaining retractors were applied.  There was extensive scar tissue
over this area which was excised.  Partial L3/L4 and partial L5 laminectomies were done
and bilateral L4/5 facetectomy and foraminotomy were also done.  There was thick scar
tissue around the nerve roots and detailed L4 and L5 neurolysis was done bilaterally.
Pedicle screws were then applied on L4 and L5 pedicles on both sides.  Some 45 mm 5.5 mm
screws were used on all four locations.  A 60 mm plate and 55 mm plate were used to
connect the screws and 32 mm vertical plates were used.  Bolts and the nuts were
tightened.  The instrumentation was found to be adequate and satisfactory.  The entire
instrumentation was done under fluoroscopy.  Intraoperative monitoring with EMG, SSEP
and MEP was done throughout the procedure and pedicle screw stimulation was also done.
The bone harvested during decompression was morcellized and it was mixed with bone
marrow aspirated from the right iliac bone.  The L4 and L5 transverse processes were
already dissected free of muscles and prepared for fusion by decortication.   After
irrigating the wound with antibiotic saline using Pulsavac, posterolateral fusion and
intertransverse fusion were done using autograft and bone marrow on the right side and
autograft, allograft and bone marrow on the left side.  Hemostasis was achieved and the
lumbar drain was applied.  The wound was closed using #0 Vicryl for thoracolumbar
fascia, #0 Vicryl for subcutaneous fat, 3-0 Vicryl for subcutaneous tissue and staples
for the skin.  Estimated blood loss - about 500 cc.  Complications - none.
Astramorph 4 mg was sprayed around the nerve roots and 30 cc of 1/2% Marcaine was
injected along the incision line.  The patient was transferred in a satisfactory
condition to the recovery room.


DD: 11/26/00 1222
DT: 11/26/00 2216
OBG

                                        ----------------------------
                                        Madhavan Pisharodi, M.D.

**VALLEY REGIONAL MEDICAL CENTER**

VALLEY REGIONAL MEDICAL CENTER
100 A ALTON GLOOR
BROWNSVILLE, TEXAS, 78521

PATIENT NAME: FLORES,CONSUELO R    AGE: 72    ROOM#: VR.30    UNIT#: VR074174
DOCTOR: Pisharodi,Madhavan M.D.    ADM: 11/22/00    DIS: 11/26/00

DATE OF OPERATION:    11/26/00

PREOPERATIVE DIAGNOSIS:    RECURRENT LUMBAR CANAL STENOSIS WITH MULTIPLE LEVEL
DEGENERATIVE DISK DISEASE AND LUMBAR-4/5 SPONDYLOLISTHESIS
GRADE I.

POSTOPERATIVE DIAGNOSIS:    RECURRENT LUMBAR CANAL STENOSIS WITH MULTIPLE LEVEL
DEGENERATIVE DISK DISEASE AND LUMBAR-4/5 SPONDYLOLISTHESIS
GRADE I.

NAME OF OPERATION:    1.    REEXPLORATION OF THE LUMBAR SPINE AND EXCISION OF SCAR
TISSUE.
2.    LUMBAR-3, LUMBAR-4 AND LUMBAR-5 LAMINECTOMY AND
DECOMPRESSION.
3.    LUMBAR-4/5 FACETECTOMY AND FORAMINOTOMY, BILATERAL.
4.    LUMBAR-4/5 BILATERAL POSTEROLATERAL AND
INTERTRANSVERSE FUSION WITH AUTOGRAFT, ALLOGRAFT AND
BONE MARROW.
5.    LUMBAR-4 AND LUMBAR-5 BILATERAL NEUROLYSIS.
6.    ASPIRATION OF BONE MARROW FROM THE ILIAC BONE.
7.    HARVESTING AND MORCELLIZATION OF AUTOGRAFT.
8.    INTRAOPERATIVE MONITORING WITH SSEP, EMG, MEP AND
PEDICLE SCREW STIMULATION.
9.    LUMBAR-4, LUMBAR-5 INSTRUMENTATION WITH TITANIUM
PEDICLE SCREW AND PLATE UNDER FLUOROSCOPY.

SURGEON:    MADHAVAN PISHARODI, M.D.

ASSISTANT:    LISA GARNET, NURSE PRACTITIONER.

ANESTHESIA:

ANESTHESIOLOGIST:

INDICATIONS FOR SURGERY:  This is a 72-year-old female patient who had an L3/4, L4/5 and
L5-S1 laminectomy and decompression done several years ago for lumbar canal stenosis.
The patient started having recurrent severe back pain and claudication type of symptoms
in her legs and repeat studies showed recurrent stenosis, this time with L4/5 grade I
spondylolisthesis. At L5/S1 there was no significant stenosis.  The patient was advised
reexploration and excision of scar tissue, laminectomy, decompression, fusion and
instrumentation.  The risks and benefits were explained in great detail before obtaining
informed consent.  No guarantees were given.  The risks of infection, bleeding,
paralysis, cerebrospinal fluid leak, persistent pain, recurrent disk problems, failure
of fusion, failure of instrumentation, possible need for other surgeries including
possible anterior fusion and all other possible complications were explained.   The

PATIENT CARE INQUIRY  **LIVE** (PCI: OE Database COCVA)

**VALLEY REGIONAL MEDICAL CENTER**
**100 A ALTON GLOOR**
**BROWNSVILLE, TEXAS, 78521**

PATIENT NAME: FLORES,CONSUELO R          AGE: 72     ROOM#: VR.30     UNIT#: VR074174
DOCTOR: Pisharodi,Madhavan M.D.          ADM: 11/22/00     DIS: 11/26/00

DATE OF OPERATION:          11/26/00

PREOPERATIVE DIAGNOSIS:     RECURRENT LUMBAR CANAL STENOSIS WITH MULTIPLE LEVEL
                            DEGENERATIVE DISK DISEASE AND LUMBAR-4/5 SPONDYLOLISTHESIS
                            GRADE I.

POSTOPERATIVE DIAGNOSIS:    RECURRENT LUMBAR CANAL STENOSIS WITH MULTIPLE LEVEL
                            DEGENERATIVE DISK DISEASE AND LUMBAR-4/5 SPONDYLOLISTHESIS
                            GRADE I.

NAME OF OPERATION:          1.  REEXPLORATION OF THE LUMBAR SPINE AND EXCISION OF SCAR
                                TISSUE.
                            2.  LUMBAR-3, LUMBAR-4 AND LUMBAR-5 LAMINECTOMY AND
                                DECOMPRESSION.
                            3.  LUMBAR-4/5 FACETECTOMY AND FORAMINOTOMY, BILATERAL.
                            4.  LUMBAR-4/5 BILATERAL POSTEROLATERAL AND
                                INTERTRANSVERSE FUSION WITH AUTOGRAFT, ALLOGRAFT AND
                                BONE MARROW.
                            5.  LUMBAR-4 AND LUMBAR-5 BILATERAL NEUROLYSIS.
                            6.  ASPIRATION OF BONE MARROW FROM THE ILIAC BONE.
                            7.  HARVESTING AND MORCELLIZATION OF AUTOGRAFT.
                            8.  INTRAOPERATIVE MONITORING WITH SSEP, EMG, MEP AND
                                PEDICLE SCREW STIMULATION.
                            9.  LUMBAR-4, LUMBAR-5 INSTRUMENTATION WITH TITANIUM
                                PEDICLE SCREW AND PLATE UNDER FLUOROSCOPY.

SURGEON:                    MADHAVAN PISHARODI, M.D.

ASSISTANT:                  LISA GARNET, NURSE PRACTITIONER.

ANESTHESIA:

ANESTHESIOLOGIST:

INDICATIONS FOR SURGERY:  This is a 72-year-old female patient who had an L3/4, L4/5 and
L5-S1 laminectomy and decompression done several years ago for lumbar canal stenosis.
The patient started having recurrent severe back pain and claudication type of symptoms
in her legs and repeat studies showed recurrent stenosis, this time with L4/5 grade I
spondylolisthesis. At L5/S1 there was no significant stenosis. The patient was advised
reexploration and excision of scar tissue, laminectomy, decompression, fusion and
instrumentation. The risks and benefits were explained in great detail before obtaining
informed consent. No guarantees were given. The risks of infection, bleeding,
paralysis, cerebrospinal fluid leak, persistent pain, recurrent disk problems, failure
of fusion, failure of instrumentation, possible need for other surgeries including
possible anterior fusion and all other possible complications were explained.  The

PATIENT CARE INQUIRY  **LIVE** (PCI: OE Database COCVA)

# NEUROPHYSIOLOGY LABORATORY

942 Wild Rose Lane,
MADHAVAN PISHARODI, M.D.,
BROWNSVILLE, TEXAS 78520

### *NERVE CONDUCTION/ EMG/ STUDIES AND SOMATOSENSORY TESTING*
### Lower Extremities

| Name of the patient | Age & Dt. of birth | Sex |
|---|---|---|
| WALTER MOOREFIELD | 51    12.7.48 | M |

| Referring Doctor: | Dt of investigation | ID # |
|---|---|---|
| | 11.27.2000 | NP.2K/158 |

## Summary of Nerve Conduction Studies:

1.  Motor nerve cond velocity studies showed L peroneal neuropathy and possoble proximal compression of tibial nerve at the popliteal fossa.
2.  Nerve cond velocity studies showed normal results.
3.  Significantly reduced H-reflex amplitude and, relatively significantly increased H-ref latency on the L side.
4.  Peroneal F-wave, not elicitable on the R side.

Nerve cond velocity studies showed evidence of proximal compression in S1 nerve root on the L side and possible moderate peroneal neuropathy and conduction block in tibial nerve at the popliteal fossa on the L side.

## Summary of EMG Studies:

EMG studies showed evidence of denervation in muscles with S1 nerve root supply on the L side.

## Summary of Sensory Testing by Neurometer: Somato-sensory testing by neurometer in L4,L5,S1 dermatomes showed significantly increased CPT values in S1 dermatome on the L side.

## REPORT:   ELECTRONEURODIAGNOSTIC STUDIES SHOWED EVIDENCE OF S1 NERVE ROOT COMPRESSION ON THE LEFT SIDE.

Madhavan Pisharodi, M.D

## NEUROPHYSIOLOGY LABORATORY

942 Wild Rose Lane,
MADHAVAN PISHARODI, M.D.,
BROWNSVILLE, TEXAS 78520

### *NERVE CONDUCTION/ EMG/ STUDIES AND SOMATOSENSORY TESTING*
Lower Extremities

| Name of the patient | Age & Dt. of birth | Sex |
|---|---|---|
| WALTER MOOREFIELD | 51     12.7.48 | M |

| Referring Doctor: | Dt of investigation | ID # |
|---|---|---|
| | 11.27.2000 | NP.2K/158 |

Summary of Nerve Conduction Studies:
1.  Motor nerve cond velocity studies showed L peroneal neuropathy and possoble proximal compression of tibial nerve at the popliteal fossa.
2.  Nerve cond velocity studies showed normal results.
3.  Significantly reduced H-reflex amplitude and, relatively significantly increased H-ref latency on the L side.
4.  Peroneal F-wave, not elicitable on the R side.
Nerve cond velocity studies showed evidence of proximal compression in S1 nerve root on the L side and possible moderate peroneal neuropathy and conduction block in tibial nerve at the popliteal fossa on the L side.

Summary of EMG Studies:
EMG studies showed evidence of denervation in muscles with S1 nerve root supply on the L side.

Summary of Sensory Testing by Neurometer: Somato-sensory testing by neurometer in L4,L5,S1 dermatomes showed significantly increased CPT values in S1 dermatome on the L side.

REPORT:  ELECTRONEURODIAGNOSTIC STUDIES SHOWED EVIDENCE OF S1 NERVE ROOT COMPRESSION ON THE LEFT SIDE.

Madhavan Pisharodi, M.D

# Valley Regional Medical Center
## COMMUNITY WIDE SCHEDULING
### 350-7200

| SELF PAY · CASH ACCOUNTS |
|---|
| **Financial Arrangement Must Be Made In Person At VRMC Prior To Your Procedure Being Scheduled.** |

**CONFIRMATION No.**

## PART A

| Last Name: Rodriguez | First Name: Roy | MI | Birthdate: | Sex: M | Martial Status: S M(D) W |
|---|---|---|---|---|---|
| Social Security Number: 457-39-042 | Address: | | City: | St.: | Zip |
| Home Phone: | Work phone: | | Other phone: | Occupation: | |
| Employer: | Employer Address: | | | Employer City: | State: |

### RESPONSIBLE PARTY / GUARANTOR INFORMATION

| Last Name | First Name | MI | Sex: | Social Security Number: | Rel. to Patient: |
|---|---|---|---|---|---|
| Employer: | Employer Address: | | Employer Phone: | | Retired? (Date) |
| Insurance Carrier: | Policy Number: | | Group Number: | | Contact Person: |
| Insurance Carrier: | Policy Number: | | Group Number: | | Contact Person: |

## PART B

### PHYSICIAN INFORMATION

| Physician Name: MADHAVAN PISHARODI, M.D. | Physician Signature: |
|---|---|
| Date: 10-10-00 | |

**MEDICAL INDICATION / DIAGNOSIS:** CDI LDI

### PROCEDURE INFORMATION

| ULTRASOUND | M.R.I. | NUCLEAR MEDICINE | CAT SCAN Contrast? |
|---|---|---|---|
| Abdominal (Complete) | Brain W/ Contrast | Bone Scan | Abdomen    Y    N |
| Abdominal (sngl. Organ) | Brain W/O Contrast | Brain W/ Flow | Head    Y    N |
| Vascular | Neck | Gastric Empty | Spine C/T/L    Y    N |
| Carotid L / R / Bilateral | Spine W/  C/T/L | GI Blood Loss | Facial    Y    N |
| Pelvic | | Hepato Duct / Billiary | Orbits, Sella, IAC    Y    N |
| OB/GYN | Spine W/O Contrast (C/T/L) C-spine L-spine | Liver / Spleen | Sinuses    Y    N |
| Transvaginal | | Renal Function | Needle Bx |
| Breast | Orbits | Lung Perfusion | OTHER |
| Testicular | Pelvis | Myocardial Rest/Stress | |
| Rectal | Extremeties | MUGA Scan | **CARDIOPULMONARY** |
| Thyroid | RT / LT   UPP / LOW | Salivary Gland | Echocardiogram |
| Joint | Joint: | Thyroid Scan | Eco Transesophageal |
| Needle Bx | RT / LT   UPP / LOW | Thyroid Scan and Uptake | Treadmill Stress Test |
| OTHER: | OTHER: | Testicular | Pulmonary Function Test |
| | | Ureteral Reflux | Electroencephalogram (EEG) |
| **RADIOLOGY** | | OTHER: | OTHER: |
| Mammogram (Screening) | Discogram W/CT Scan C/T/L | |
| Mammogram (Diagnostic) | Small Bowel Series | **O.R./ ENDO / CATH:** |
| Barium Enema W/ Air | Hysterosalpingogram | **PROCEDURE DATE:** _____ |
| Barium Enema W/O Air | Myelogram C-Spine | **DATE:** _____ |
| Upper GI W/ Air | Myelogram L-Spine | Submitted By: _____    Date: _____ |
| Upper GI W/O Air | Arthogram | Phone# _____    Time: _____ |
| Intravenous Pyiogram (IVP) | OTHER: C-spine X-rays | **COMMENTS / INSTRUCTIONS:** |
| Voiding Urethrocystogram (VCUG) | | |

PLEASE FAX ALL REQUESTS TO (956) 350-7201

**BROWNSVILLE MEDICAL CENTER**

# INSTRUCTIONS FOLLOWING EMERGENCY DEPARTMENT CARE

☐ **WOUND CARE (cuts, abrasions, burns, etc.)**
1. Keep the dressings clean and dry.
2. Elevate the wound to help relieve soreness and help speed wound healing.
3. Despite the greatest care, any wound can become infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by you must report to your doctor right away.
4. Change the dressing if necessary.

☐ **HEAD INJURY INSTRUCTIONS**
1. Report to the physician of your choice immediately if anything listed occurs (even within several months).
   Persistent vomiting, stiff neck, fever
   Unequal pupils (one pupil large, one small)
   Confusion or unusual drowsiness
   Convulsions or unconsciousness
   Stumbling or other problem with normal use of arms or legs; or areas of skin numbness
   Headache not relieved by aspirin or prescribed medication
   Note: Waken patient hourly the first night to check for these signs.

☐ **SPRAIN AND FRACTURE SEVERE BRUISES**
1. Elevate the injured part to lessen swelling. If pillows flatten, use chair cushions with pillows or blankets for comfort.
2. Ice packs also help prevent swelling, especially during the first 48 hours. Place ice in plastic or rubber bag, cloth cover.
3. If you have an elastic bandage, rewrap it if too tight or loose.
4. If you have a cast, keep it perfectly dry at all times.
5. If you have a cast, wait 48 hours for the cast to become strong before you allow pressure or weight on any part of the case.
6. If you have a cast, wriggle toes or fingers to help prevent swelling in the cast - this should be done often if it does not cause pain.
7. If the part swells anyway or gets cold, blue or numb, or if pain increases markedly, have it checked promptly.

☐ **EYE INJURY INSTRUCTIONS**
1. Rest in dark, quiet room as much as possible.
2. If you have an eye patch, do not drive a motor vehicle or go near any dangerous equipment or hazardous areas.
3. Close eyelid completely before replacing eye patch.
4. If your eye becomes more painful or your vision more blurred, check with the physician of your choice.

☐ **GASTRITIS**
**ABDOMINAL PAIN INSTRUCTIONS**
1. Stay on a bland diet; do not eat anything highly seasoned or greasy until you are better.
2. If pain or vomiting become worse, or if you should develop a fever or additional symptoms, check with the physician of your choice.
3. Be sure to take any medication which has been prescribed as directed.
4. Call the physician of your choice if you vomit blood or if your stool becomes black.
5. Avoid aspirin, drugs that contain aspirin, coffee and alcohol.

☐ **DIARRHEA INSTRUCTIONS**
1. Stay on a clear liquid diet for 24 hours: _____
2. Drink only a small amount of room temperature liquids at a time but often, so that you do not become dehydrated.
3. The second 24 hours stay on a bland diet; do not eat anything highly seasoned or greasy.
4. Rest as much as possible.
5. Be sure to take any medicine which has been prescribed as directed.
6. If you still have diarrhea after 48 hours or it becomes worse instead of better, check with the physician of your choice.
7. Avoid milk or dairy products.

☐ **BURNS**
1. Careful follow up on all burns is important to prevent complications. Call your surgeon or family physician upon leaving the emergency department for an appointment within 48 hours.
2. If your burn was left open - wash it three times daily with a mild soap or Betadine surgical soap (non-prescription).
3. If your burn was covered - leave dressing in place and see your physician within 48 hours.
4. Call your physician or return to the emergency department for undue pain, fever, or red streaks around burn.

☐ **BACK AND NECK INJURY INSTRUCTIONS**
1. Use heat or cold on the injured area - whichever seems to help the most. Be careful not to burn yourself.
2. Rest as much as possible until you are improved.
3. Avoid positions and movements that make the pain worse.
4. Gentle but firm massage will increase circulation in sore muscles, and so will help to clear the soreness.
5. If a cervical collar has been prescribed, it is not necessary to wear it continually-use it only as needed for comfort and support.

☐ **VIRUS INFECTION**
1. Take aspirin or tylenol as needed for pain or fever.
2. Rest as much as possible.
3. Drink as much fluid as possible.
4. If you develop additional symptoms, check with the physician of your choice.
5. Most virus infections last only a few days and if you are patient you will soon feel better. Penicillin shots and other antibiotics are of no value in treating uncomplicated virus infections and may even be harmful.

☐ **EAR INFECTION INSTRUCTIONS**
1. Do not put drops. oil or water in your ear except as directed by the doctor.
2. Pain is best relieved by taking aspirin or tylenol and laying the affected ear on a hot water bottle.
3. You should see the physician of your choice in one week even if you no longer have pain; some infection may still be present.

☐ **TETANUS "LOCK JAW"**
Tetanus immunization consits of the following:
1. Primary immunization - 3 injections of 0.5ml Tetanus Toxoid each given 4-6 week intervals A 4th dose of 0.5ml given approximately 1 year after the 3rd injection.
*2. Booster Dose-Every 5 years after primary immunization as listed above. Most children receive their primary immunization when they are infants as part of their "baby shots", however, there are some adults who never received their primary immunization as a child. If you are one of these individuals, you have received your initial injection and must receive another 0.5ml of Tetanus Toxoid in 4-6 weeks, a 3rd dose 4-6 weeks later and a 4th dose 1 year after 3rd injection. From then on you must receive an immunization every 5 years for adequate prophylaxis against Tetanus.
Please contact your private physician to arrange for these injections.
3. Expect possible mild to moderate local reactions or redness and tenderness for 24 hours.
4. Occasional fever and tiredness.
5. If a lump appears at point of "shot" it should disappear; do not apply heat or cold.

☐ **URINARY TRACT INFECTION**
1. Take prescribed medication.
2. Drink plenty of fluids.
3. No spicy foods or alcohol.
4. See your family physician for re-check of urine 7-10 days.

☐ **INFECCÍON DEL TRACTO URINARIO**
1. Tome la medicina recetada.
2. Tóme bastante liquidos.
3. No coma comidas condimentadas.
4. No tome bebidas alcoholicas
5. Vaya con su doctor familiar para revisar la orina en 7-10 dias.

* INDICATE DOSE & FREQUENCY: ASPIRIN _____ EVERY_____ HOURS; TYLENOL _____ EVERY_____ HOURS

**THE EXAMINATION AND TREATMENT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY AND IS NOT MEANT TO SUBSTITUTE FOR COMPLETE MEDICAL CARE. FOLLOW-UP CARE SHOULD COME FROM YOR OWN PHYSICIAN. IF YOU DO NOT HAVE A PRIVATE PHYSICIAN CALL:**

Dr. _____ of _____ Phone No. _____

Other Instructions: *Follow up with Dr Adobatti or Physician of choice*
*Use Motrin Over the Counter as directed*
*May return to ER as needed*

I acknowledge that I have benn informed by the physician, of the circumstances surrounding my emergency treatment and understand I am to follow above instructions.

Date: _10·6·00_____   Signed: _____

Witness: _H Quiroz_____   Relationship: _____

FORM NO. 86509 REV 1/94

PATIENT

Cantu Westside Pharmacy
1080 Los Ebanos Blvd
Brownsville TX 78520
(956) 544-6666

Patient: RODRIGUEZ;ROY                           Date: 10/10/00
 Doctor: PISHARODI;MADHAVAN                       Page:  1
   Drug: VIOXX 25MG TAB 25MG TABLETS
    Sig: TAKE 1 TABLET BY MOUTH ONCE A DAY -
         Thank you!


USES:  This medication is a nonsteroidal anti-inflammatory drug
    (NSAID) which relieves pain and swelling (inflammation). It is
    used to treat arthritis, menstrual pain or other acute pain.
       This drug may also be used to treat fever.

HOW TO USE THIS MEDICATION:  Take this drug by mouth, generally
    once daily as directed. To decrease the chance of stomach upset,
    this drug is best taken with food. Dosage is based on your medical
    condition and response to therapy.

SIDE EFFECTS:  Stomach upset or tiredness may occur. If these
    effects persist or worsen, notify your doctor promptly.
       Unlikely but report promptly black or bloody stools, stomach
    pain, severe headache or a change in the amount of urine.
       Very unlikely but report promptly dark urine or yellowing eyes
    or skin.
       In the unlikely event you have an allergic reaction to this
    drug, seek immediate medical attention. Symptoms of an allergic
    reaction include rash, itching, swelling, dizziness or trouble
    breathing.
       If you notice other effects not listed above, contact your
    doctor or pharmacist.

PRECAUTIONS:  Tell your doctor your medical history, including any
    allergies (especially to aspirin/other NSAIDs); liver, kidney, or
    heart disease; stomach/intestinal ulcers or bleeding; history of
    smoking, alcoholism, asthma, high blood pressure; growths in the
    nose (e.g., nasal polyps); serious infections, swelling (edema),
    blood disorders (anemia) or poorly controlled diabetes.
       This medicine may cause stomach bleeding. Daily use of alcohol,
    especially when combined with this medicine, may increase your
    risk for stomach bleeding. Check with your doctor or pharmacist
    for more information.
       Caution is advised when this drug is used in the elderly, as
    this group may be more sensitive to drug side effects.
       This medication should be used only when clearly needed during
    the first six months of pregnancy. It should not be used during
    the last three months of pregnancy. Discuss the risks and benefits
    with your doctor.
       It is not known whether this drug is excreted into breast milk.
    Because of the potential risk to the infant, breast-feeding while
    using this drug is not recommended. Consult your doctor before
    breast-feeding.


                "We Appreciate Your Business."

ˋantu Westside Pharmacy
1080 Los Ebanos Blvd
Brownsville TX 78520
(956) 544-6666

Patient: RODRIGUEZ;ROY                          Date: 10/10/00
 Doctor: PISHARODI;MADHAVAN                      Page:  2
   Drug: VIOXX 25MG TAB 25MG TABLETS
    Sig: TAKE 1 TABLET BY MOUTH ONCE A DAY -
         Thank you!


**DRUG INTERACTIONS:**  Tell your doctor of all prescription and
nonprescription medication you may use, especially medicines for
high blood pressure (e.g., ACE Inhibitors such as lisinopril);
"water pills" (diuretics such as furosemide or thiazides); other
NSAIDs or aspirin (e.g., ibuprofen); lithium, methotrexate;
corticosteroids (e.g., prednisone); rifamycins (e.g., rifampin) or
"blood thinners" (e.g., warfarin).
      Check all nonprescription medicine labels carefully, since many
contain pain relievers/fever reducers (NSAIDs/aspirin) which are
similar to this drug. Aspirin as prescribed by your doctor for
reasons such as heart attack or stroke prevention (i.e., non-
arthritis doses) should be continued. Consult your pharmacist.
      Do not start or stop any medicine without doctor or pharmacist
approval.

**NOTES:**  Do not share this medication with others.
      Laboratory or medical tests may be performed to monitor your
progress.

**MISSED DOSE:**  If you miss a dose, use it as soon as you remember.
If it is near the time of the next dose, skip the missed dose and
resume your usual dosing schedule. Do not double the dose to catch
up.

**STORAGE:**  Store at room temperature (77 degrees F or 25 degrees C)
away from light and moisture.

**IMPORTANT NOTE:**  THE FOLLOWING INFORMATION IS INTENDED TO
SUPPLEMENT, NOT SUBSTITUTE FOR, THE EXPERTISE AND JUDGMENT OF
YOUR PHYSICIAN, PHARMACIST OR OTHER HEALTHCARE PROFESSIONAL. IT
SHOULD NOT BE CONSTRUED TO INDICATE THAT USE OF THE DRUG IS SAFE,
APPROPRIATE, OR EFFECTIVE FOR YOU. CONSULT YOUR HEALTHCARE
PROFESSIONAL BEFORE USING THIS DRUG.

                    "We Appreciate Your Business."

**Cantu Westside Pharmacy**
**1080 Los Ebanos Blvd**
**Brownsville TX 78520**
**(956) 544-6666**

Patient: RODRIGUEZ;ROY                          Date: 10/10/00
 Doctor: PISHARODI;MADHAVAN                      Page:  3
   Drug: ACETAMINOPHEN #3 300MG/30MG 30
    Sig: TAKE 1 TABLET BY MOUTH EVERY 4 TO 6
         HOURS AS NEEDED FOR PAIN MAY CAUSE
         DROWSINESS - Thank you!


SHOULD NOT BE CONSTRUED TO INDICATE THAT USE OF THE DRUG IS SAFE,
APPROPRIATE, OR EFFECTIVE FOR YOU. CONSULT YOUR HEALTHCARE
PROFESSIONAL BEFORE USING THIS DRUG.

**"We Appreciate Your Business."**

RODRIGUEZ RO 0000994520450018700000000007

VALLEY REGIONAL MED CTR
100A ALTON GLOOR BLVD
P O BOX 3710
BROWNSVILLE, TX 78521
BUSINESS OFFICE
**ADDRESS SERVICE REQUESTED**

**STATEMENT DATE**
**02/26/01**

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD | | AMOUNT DUE |
|---|---|---|---|---|
| 99952031 | RODRIGUEZ ROY ANTHONY | INPATIENT 02/22/01 TO 02/23/01 | | $0.00 |

RODRIGUEZ ROY ANTHONY
PO BOX 4321
BROWNSVILLE   TX 78523

| **MAIL PAYMENT TO** |
|---|
| **VALLEY REGIONAL MEDICAL** 00187 P.O. BOX 31172 TAMPA, FL 33631-1172 |

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

 

## SUMMARY OF ACCOUNT

 

VALLEY REGIONAL MED CTR
100A ALTON GLOOR BLVD
P O BOX 3710
BROWNSVILLE, TX 78521
BUSINESS OFFICE

**STATEMENT DATE**   **02/26/01**

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 02/22/01 TO 02/23/01 | RODRIGUEZ ROY ANTHONY | 99952031 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE
OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 33592.50 | 0.00 | 29600.93 | 3,991.57 | $0.00 |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/23/01 | INPATIENT SERVICES | | | | PHARMACY | 40 | 2,267.50 |
| | IV SOLUTIONS | 10 | 497.00 | | PHARMACY SELF ADM | 4 | 90.50 |
| | MED SUR SUPPLIES | 152 | 2,525.00 | | STERILE SUPPLY | 6 | 312.00 |
| | SUPPLY/IMPLANTS | 11 | 6,472.00 | | CHEMISTRY | 3 | 702.00 |
| | IMMUNOLOGY | 3 | 224.50 | | HEMATOLOGY | 5 | 615.50 |
| | UROLOGY | 1 | 62.00 | | PATHOLOGY LAB | 3 | 507.00 |
| | DX X-RAY | 4 | 744.00 | | RADIOLOGY CHEST | 1 | 225.00 |
| | OR SERVICES | 11 | 12,283.50 | | ANESTHESIA | 12 | 4,432.00 |
| | RESPIRATORY SVC | 1 | 22.00 | | DRUGS REQ HCPCS INDENT | 5 | 356.50 |
| | RECOVERY ROOM | 2 | 598.00 | | EKG/ECG | 1 | 245.50 |
| | | | | | ROOM CHARGES | | 411.00 |
| | | | | | TOTAL CHARGES | | 33,592.50 |
| 02/23/01 | CONTRACTUAL ADJ | | 29,600.93- | | ACCOUNT BALANCE | | 3,991.57 |
| | | | | | ESTIMATED INSURANCE | | 3,991.57 |
| 02/26/01 | WORKERS COMPENSATION  BILLED | | | | | | |

IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 956-350-7436

**THIS BILL IS FOR HOSPITAL SERVICES ONLY**
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

RODRIGUEZ RO 000000271  1870000000000007

634

VALLEY REGIONAL MED CTR
P O BOX 406655
ATLANTA, GA 30384-6655
BUSINESS OFFICE

STATEMENT DATE    | PAGE   1 OF   1
08/29/01

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| 271961 | RODRIGUEZ ROY | INPATIENT 08/23/01 TO 08/26/01 |

AMOUNT DUE
$0.00

RODRIGUEZ ROY
5005 BOWIE RD
BROWNSVILLE   TX 78521

MAIL PAYMENT TO

VALLEY REGIONAL MEDICAL
00187
P.O. BOX 31172
TAMPA, FL 33631-1172

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

 

## SUMMARY OF ACCOUNT

 

VALLEY REGIONAL MED CTR
P O BOX 406655
ATLANTA, GA 30384-6655
BUSINESS OFFICE

STATEMENT DATE    08/29/01

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 08/23/01 TO 08/26/01 | RODRIGUEZ ROY | 271961 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE
OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 55438.50 | 0.00 | 13859.62 | 41,578.88 | $0.00 |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/26/01 | INPATIENT SERVICES | | | | PHARMACY | 38 | 1,314.50 |
| | IV SOLUTIONS | 8 | 564.00 | | PHARMACY SELF ADM | 18 | 163.50 |
| | MED SUR SUPPLIES | 95 | 3,033.50 | | STERILE SUPPLY | 1 | 9.50 |
| | SUPPLY/IMPLANTS | 36 | 19,227.00 | | CHEMISTRY | 3 | 702.00 |
| | IMMUNOLOGY | 5 | 386.50 | | HEMATOLOGY | 5 | 599.00 |
| | UROLOGY | 1 | 74.50 | | DX X-RAY | 4 | 950.50 |
| | RADIOLOGY CHEST | 1 | 225.00 | | OR SERVICES | 17 | 18,751.50 |
| | ANESTHESIA | 17 | 6,194.50 | | RESPIRATORY SVC | 1 | 23.00 |
| | PHYSICAL THERP | 4 | 352.00 | | PHYSICAL THERAPY EVAL | 1 | 98.00 |
| | DRUGS REQ HCPCS INDENT | 10 | 539.00 | | RECOVERY ROOM | 2 | 653.50 |
| | EKG/ECG | 1 | 245.50 | | ROOM CHARGES | | 1,332.00 |
| | | | | | TOTAL CHARGES | | 55,438.50 |
| 08/26/01 | CONTRACTUAL ADJ | | 13,859.62- | | ACCOUNT BALANCE | | 41,578.88 |
| | | | | | ESTIMATED INSURANCE | | 41,578.88 |
| 08/29/01 | ANCHOR CLAIMS  BILLED | | | | | | |

· IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 956-350-7436

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

RODRIGUEZ RO 00000026906   087000000000003

690

VALLEY REGIONAL MED CTR
P O BOX 406655
ATLANTA, GA 30384-6655
BUSINESS OFFICE

**STATEMENT DATE**
09/06/01

PAGE   1 OF   1

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| 289063 | RODRIGUEZ ROY A | OUTPATIENT 08/31/01 TO 08/31/01 |

**AMOUNT DUE**

$0.00

RODRIGUEZ ROY A
5005 BOWIE RD
BROWNSVILLE   TX 78521

**MAIL PAYMENT TO**

**VALLEY REGIONAL MEDICAL**
00187
P.O. BOX 31172
TAMPA, FL 33631-1172

ılı..lıl..lıl..lıl..lıl..lıl..lıl..lıll..lıl..lll          lıll..lıll..lıll..lıl..lll..lıl..lıl..lıl..lll

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

 

**SUMMARY OF
ACCOUNT**

 

VALLEY REGIONAL MED CTR
P O BOX 406655
ATLANTA, GA 30384-6655
BUSINESS OFFICE

**STATEMENT DATE**   09/06/01

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 08/31/01 TO 08/31/01 | RODRIGUEZ ROY A | 289063 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE
OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 535.00 | 0.00 | 267.50 | 267.50 | $0.00 |

| DATE | DESCRIPTION | UNITS | AMOUNT | DATE | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 08/31/01 | OUTPATIENT SERVICES | | | 08/31/01 | XR L-SPINE COMP W/OBLIG | 1 | 535.00 |
| 08/31/01 | CONTRACTUAL ADJ | | 267.50- | | ACCOUNT BALANCE | | 267.50 |
| 09/06/01 | ANCHOR CLAIMS  BILLED | | | | ESTIMATED  INSURANCE | | 267.50 |

IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 956-350-7436

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS