IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY TRIAL DEMANDED |

**MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, Roy Rodriguez moves the Court to dismiss this cause of action, with prejudice as to Defendant Rental Service Corporation and in support thereof would show as follows:

The Plaintiff Roy Rodriguez and Defendant Rental Service Corporation have resolved and settled the matters in dispute between them. As part of the resolution and settlement between the above stated parties, Plaintiff moves that the above-titled and numbered cause of action be dismissed with prejudice as to Rental Service Corporation. The parties have further agreed that the costs of court and attorneys fees shall be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Roy Rodriguez, respectfully prays that the Court enter the approved and submitted Order of Dismissal with prejudice, dismissing this action with prejudice as to Rental Service Corporation.

HO:181815.1

Respectfully submitted,

PHELPS DUNBAR LLP

By: _____
Ricardo Adobatti ADOBBATI
State Bar 00790208
Federal Bar 18158
134 E. Price Road
Brownsville, Texas 78521
Telephone: (956) 544-6882
Telecopier: (956) 544-6883

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served, by placing same in the U.S. mail, properly addressed and postage prepaid, this __17__ day of September, 2002 to the following:

Kyle M. Rowley
Holloway & Rowley, PC
1415 Louisiana, Suite 2550
Houston, Texas 77002

Mr. Ricardo M. Adobbati
Alworth & Ford, L.L.P.
134 E. Price Road
Brownsville, Texas 78521

_____
MARY CAZES GREENE

HO-181815.1