**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROY RODRIGUEZ | * | |
| VS. | * | CIVIL ACTION NO. B01-134 |
| JLG INDUSTRIES, INC., ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## DOCKET CALL & FINAL PRETRIAL

**October 31, 2002, 1:30 p.m.**
(reset from 11/01/02)

AND

## JURY SELECTION

**November 04, 2002, at 9:00 a.m**

**BEFORE THE HONORABLE U.S. DISTRICT JUDGE HILDA G. TAGLE**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 3rd Floor
Brownsville, TX 78520

**BY ORDER OF THE COURT**

September 20, 2002

cc:   Counsel of Record