IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROY RODRIGUEZ, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| JLG INDUSTRIES, INC. AND | § | |
| RENTAL SERVICE CORPORATION | § | JUDGE HILDA G. TAGLE |

## JOINT MOTION FOR CONTINUANCE.

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs ROY RODRIGUEZ AND ALMA RODRIGUEZ and JLG INDUSTRIES, INC., Defendants in the above entitled and numbered cause and file this their Joint Motion for Continuance and in support thereof, would respectfully show the Court the following:

I.

All parties have been actively pursuing discovery in this matter with the intent to resolve this matter without the need for further court intervention. Parties attended mediation on September 11, 2002. The mediation was recessed in order to further engage the cooperation of the worker's compensation carrier, North American Specialty. More specifically, due to the scheduling of the mediation, the carrier was not present and was not able to attend the mediation.

The facts and liabilities issues of this case are complicated and hotly contested. In order to resolve the matter at mediation, the parties require the presence of the carrier to properly allow for same to obtain an educated evaluation of the facts and circumstances case in order to negotiate the lien held by the compensation carrier.

II.

Conflicts with scheduling will not allow the mediation to continue prior to trial for several reasons. Namely, defense counsel has a trial scheduled beginning September 30, 2002 and is expected to last a minimum of 2 weeks. Considering said trial, Plaintiff's expert, William Purcell will

not be available until October to complete his deposition initiated on September 6, 2002. Defense counsel requires the deposition in order to evaluate the case for mediation. Additionally, the corporate representative of JLG is expecting a child to be born at some time during mid-September. His deposition is essential for Plaintiff's to properly evaluate the value of the case. All these matters considered jointly create difficulties in scheduling the necessary discovery prior to continuing mediation.

III.

That Rental Services, Inc. has been non-suited as a defendant in this matter.

IV.

This motion is not being made for the purpose of delay but so justice may be served.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully pray that the Court grant their Joint Motion for Continuance and any and all other relief, both general and special, which they may be entitled.

Signed on the 20th day of September, 2002.

Respectfully submitted,

LAW OFFICES OF RICARDO M. ADOBBATI
134 E. PRICE ROAD
BROWNSVILLE, TEXAS 78521
(956) 544-6882
(956) 544-6883

BY: _____
HON. RICARDO M. ADOBBATI
State Bar No. 00790208
FED I. D. #18158
LEAD COUNSEL FOR PLAINTIFFS
ROY RODRIGUEZ AND ALMA RODRIGUEZ

CO-COUNSEL
ALWORTH & FORD, L.L.P.
111 Soledad, Suite 700
San Antonio, Texas 78205
(210) 227-2315
(210) 226-8065 [fax]

HOLLOWAY & ROWLEY, P.C.
1415 Louisiana, Suite 2550
Houston, Texas 77002
Telephone No. (713) 751-0055
Facsimile No. (713) 751-0057

By: _____
Gordon A. Holloway    *By Permission*
State Bar No. 09885000
Fed I.D. #3714

ATTORNEYS FOR DEFENDANT JLG
INDUSTRIES, INC.

## CERTIFICATE OF SERVICE

I, Ricardo M. Adobbati, do hereby certify that a true and correct copy of the foregoing JOINT MOTION FOR CONTINUANCE was forwarded on this 20th day of September, 2002 by United States Mail, Return Receipt Requested to the following counsel of records:

Mr. Kyle M. Rowley
HOLLOWAY & ROWLEY, P.C.
1415 Louisiana, Suite 2550
Houston, Texas 77002

_____
Ricardo M. Adobbati