IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ, | § § § § | |
| Plaintiffs, | § § § | Civil Action B-01-134 |
| vs. | § § § | |
| JLG INDUSTRIES, INC. AND RENTAL SERVICE CORPORATION, | § § § § | |
| Defendants. | § | |

## ORDER

Be it remembered that on September 30, 2002, the Court considered a Joint Motion for Continuance filed by Plaintiff Roy Rodriguez and Defendant JLG Industries, Inc. [Dkt. No. 27]. Having demonstrated to the Court that a trial continuance is necessary in order to facilitate further discovery prior to continuing mediation, the Joint Motion for Continuance is hereby **GRANTED**.

The Court will enter an amended scheduling order.

DONE this 30th day of September, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge