IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROY RODRIGUEZ, § § § § | |
| Plaintiffs, § § § | Civil Action B-01-134 |
| § § § | |
| vs. § § | |
| JLG INDUSTRIES, INC. AND § RENTAL SERVICE CORPORATION, § § | |
| Defendants. § | |

## ORDER

    Be it remembered that on October 18, 2002, the Court **STRUCK** Plaintiff's Motion to Dismiss with Prejudice [Dkt. No. 25] all claims against Defendant Rental Service Corporation for the following reasons: Plaintiff's Motion to Dismiss with Prejudice was not signed by all parties who have appeared in the action. Plaintiff is **ORDERED** to submit a Stipulation for Dismissal with Prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(ii) by October 22, 2002, at 1:00 p.m.

    DONE this 18th day of October, 2002, at Brownsville, Texas.

                                                Hilda G. Tagle
                                                United States District Judge