| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

ROY RODRIGUEZ §

vs. § Civil Action B: 01-134

JLG INDUSTRIES, INC., ET AL §

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   __N/A__
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __N/A__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.   __N/A__

5. Discovery must be completed by:   __11/15/02__
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Mediation by:   __12/16/02__

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*The Court will provide these dates\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Dispositive Motions will be filed by:   __1/15/03__

8. Joint pretrial order is due:   __3/24/03__

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:   __4/7/03__

10. Jury Selection is set for 9:00 a.m. on:   __4/10/03__
    *(The case will remain on standby until tried)*

Signed __October 22__, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge