IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 23 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| | § | |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY TRIAL DEMANDED |

### ORDER OF DISMISSAL

Plaintiff Roy Rodriguez agrees to dismiss with prejudice all its claims against Rental Service Corporation in the above referenced cause of action. The Court is of the opinion that the dismissal with prejudice should be granted. It is hereby

ORDERED that Plaintiff Roy Rodriguez's claims against Defendant Rental Service Corporation be dismissed with prejudice. It is further

ORDERED that all costs of Court are assessed against the parties incurring them.

Signed this the 23rd day of October 2002.

_____
JUDGE PRESIDING

HO:184065.1