United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY A. RODRIGUEZ | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| VS. | § | |
| | § | |
| JLG INDUSTRIES, INC. AND RENTAL SERVICE CORPORATION | § | JUDGE HILDA G. TAGLE |

### ORDER GRANTING INTERVENTION

On this the 6th day of January, 2003, came to be heard the Intervenor, North American Specialty's Motion for Intervention pursuant to Fed. R. Civ. P. 24 in which the Intervenor asserted claims as a party plaintiff.

There being no opposition, the Court is of the opinion North American Specialty is granted leave to intervene as a party plaintiff.

Done in Brownsville on this 6th day of January, 2003.

_____
United States Magistrate Judge