United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROY RODRIGUEZ | § | CIVIL ACTION NO. B-01-134 |
| | § | |
| VS. | § | JUDGE HILDA G. TAGLE |
| | § | |
| JLG INDUSTRIES, INC. and | § | |
| RENTAL SERVICE CORPORATION | § | JURY DEMANDED |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Roy A. Rodriguez and Alma Rodriguez, Plaintiffs in the above entitled and numbered cause, and North American Specialty, Intervenor, and would respectfully show unto this Honorable Court that a settlement and compromise has been reached in this matter and that they no longer desire to prosecute this suit against Defendant JLG Industries, Inc. and pray that their suit against Defendant be dismissed with prejudice to refiling the same. The parties have further agreed that the costs of court and attorneys fees shall be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Roy A. Rodriguez and Alma Rodriguez, and Intervenor North American Specialty respectfully pray that this Motion be granted, that this cause of action be dismissed with prejudice to refiling same, and for such other and further relief, at law or in equity, general or special, to which the parties may show themselves justly entitled.

Respectfully submitted,

Law Offices of Ricardo Adobbati

By: Mr. Ricardo Adobbati
134 East Price
Brownsville, Texas 78521
(956) 544-6882
(956) 544-6883

ATTORNEYS FOR PLAINTIFFS, ROY A. RODRIGUEZ and ALMA RODRIGUEZ

Brin & Brin, P.C.

By:  Thomas Sullivan
     SBN 19491800
     1325 Palm Blvd., Suite A
     Brownsville, Texas 78520
     Telephone: 956-544-7110
     Fax: 956-544-0607
ATTORNEYS FOR INTERVENORS

AGREED:

HOLLOWAY & ROWLEY, P.C.

By: _____
    Gordon A. Holloway
    TBA: 09885000
    Fed. ID: 2145
    Kyle M. Rowley
    TBA: 17347700
    Fed ID: 3714
    1415 Louisiana, Suite 2550
    Houston, Texas 77002
    713-751-0055
    713-751-0057 FAX
    ATTORNEYS FOR JLG INDUSTRIES, INC.