

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED

OCT 0 7 2002

Michael N. Milby
Clerk of Court

ROY RODRIGUEZ

VS.

JLG INDUSTRIES, INC., AND
RENTAL INDUSTRIES, INC.,
AND RENTAL SERVICE CORPORATION

DIVISION **BROWNSVILLE**
CASE NO. B-01-34

B-01-134

ADR METHOD:   Mediation    __X__    Arbitration    _____
              Mini – trail _____    Summary Jury Trial _____

TYPE OF CASE: _____

1. Please check one of the following:
   The case referred to ADR settled _____   or did not settle __☒__.

2. My total fee and expenses were: $ 475.00 PER PARTY (TWO PARTIES)
   (If you had no fee and expenses, please indicate if the case settled before
   ADR, OR if the ADR processing was conducted on a no-fee basis pursuant
   to order of the court or agreement of the parties.)

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel
   of record:

Ricardo M. Adobbati
LAW OFFICE OF RICARDO M. ADOBBATI
134 East Price Rd.
Brownsville, Texas 78521

FACSIMILE: 956/544-6883
PHONE: 956/544-6882

Kyle M. Rowley
HOLLOWAY & ROWLEY, P.C.
1415 Louisiana, Suite 2550
Houston, Texas 77002

FACSIMILE: 713/751-0057
PHONE: 713/751-0055

Date: **October 3, 2002**

ADR PROVIDER
Name: **Leo C. Salzman**

Signature: _Leo C. Salzman_

SDTX-ADR.5