IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROY RODRIGUEZ, | § | |
| Plaintiffs, | § | |
| | § | Civil Action B-01-134 |
| vs. | § | |
| JLG INDUSTRIES, INC. AND RENTAL SERVICE CORPORATION, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 24, 2003, the Court considered the Parties' Joint Motion to Dismiss [Dkt. No. 35]. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE this 24th day of March, 2002, at Brownsville, Texas.

_____

Hilda G. Tagle
United States District Judge